EX-8 6 d721575dex8.htm EX-8

Exhibit 8

## List of Subsidiaries

As at 31 March 2014

|  | Name | Country of Incorporation |
|---|---|---|
| 1. | ASSETHALL LIMITED | England & Wales |
| 2. | BEEGAS NOMINEES LIMITED | England & Wales |
| 3. | BIRCH SITES LIMITED | England & Wales |
| 4. | BOSTON GAS COMPANY (incl Essex Gas Company) | USA |
| 5. | BRITISH TRANSCO CAPITAL INC | USA |
| 6. | BRITISH TRANSCO FINANCE (NO 1) LIMITED | Cayman Islands |
| 7. | BRITISH TRANSCO FINANCE (NO 2) LIMITED | Cayman Islands |
| 8. | BRITISH TRANSCO FINANCE (NO 3) LIMITED | England & Wales |
| 9. | BRITISH TRANSCO FINANCE (NO 5) LIMITED | England & Wales |
| 10. | BRITISH TRANSCO FINANCE INC | USA |
| 11. | BRITISH TRANSCO INTERNATIONAL FINANCE BV | The Netherlands |
| 12. | BRITNED DEVELOPMENT LIMITED **(50%)** | England & Wales |
| 13. | BROKEN BRIDGE CORP. | USA |
| 14. | CLEAN LINE ENERGY PARTNERS LLC (approximately 15% holding) | USA |
| 15. | COLONIAL GAS COMPANY | USA |
| 16. | CONNECTICUT YANKEE ATOMIC POWER COMPANY **(19.5%)** | USA |
| 17. | CORESO SA **(22.485%%)** | Belgium |
| 18. | DIRECT GLOBAL POWER, INC. **(26%)** | USA |
| 19. | ELEXON LIMITED (nominal interest only) | England & Wales |
| 20. | ENERGIS PLC **(33.06%)** | England & Wales |
| 21. | EUA ENERGY INVESTMENT CORPORATION | USA |
| 22. | EVIONYX, INC. **(16%)** | USA |
| 23. | GRIDAMERICA HOLDINGS INC | USA |
| 24. | GRIDCOM LIMITED | England & Wales |
| 25. | GREENERU INC **(17%)** | USA |
| 26. | INVERSIONES ABC LTDA **(98.84%)** | Chile |
| 27. | ICELINK INTERCONNECTOR LTD | England & Wales |
| 28. | IROQUOIS GAS TRANSMISSION SYSTEM, L.P. **(20.4%)** | USA |
| 29. | IROQUOIS PIPELINE OPERATING COMPANY **(effectively 20.4% via Iroquois Gas Transmission System, L.P. 100% ownership)** | USA |
| 30. | ISLANDER EAST PIPELINE COMPANY, LLC **(50%)** | USA |
| 31. | JOINT RADIO COMPANY LIMITED **(50%)** | England & Wales |
| 32. | KEYSPAN (U.K.) | England & Wales |
| 33. | KEYSPAN C.I. II, LTD | Cayman Islands |
| 34. | KEYSPAN C.I., LTD | Cayman Islands |
| 35. | KEYSPAN CI MIDSTREAM LIMITED | USA |
| 36. | KEYSPAN CORPORATION | USA |
| 37. | KEYSPAN ENERGY CORPORATION | USA |
| 38. | KEYSPAN ENERGY DEVELOPMENT CO. | Canadian (Providence Nova Scotia) |
| 39. | KEYSPAN ENERGY SERVICES INC. | USA |
| 40. | KEYSPAN GAS EAST CORPORATION | USA |
| 41. | KEYSPAN INTERNATIONAL CORPORATION | USA |
| 42. | KEYSPAN MHK, INC. | USA |
| 43. | KEYSPAN MIDSTREAM INC. | USA |
| 44. | KEYSPAN PLUMBING SOLUTIONS, INC. | USA |
| 45. | KSI CONTRACTING, LLC | USA |
| 46. | KSI ELECTRICAL, LLC | USA |
| 47. | KSI MECHANICAL, LLC | USA |
| 48. | LAND MANAGEMENT AND DEVELOPMENT, INC | USA |
| 49. | LANDRANCH LIMITED | England & Wales |
| 50. | LANDWEST, INC | USA |
| 51. | LATTICE ENERGY SERVICES LIMITED | England & Wales |
| 52. | LATTICE GROUP EMPLOYEE BENEFIT TRUST LIMITED | England & Wales |
| 53. | LATTICE GROUP INTERNATIONAL HOLDINGS LIMITED | England & Wales |
| 54. | LATTICE GROUP PLC | England & Wales |
| 55. | LATTICE GROUP TRUSTEES LIMITED | England & Wales |
| 56. | LATTICE OPSCO LIMITED | England & Wales |

| | Name | Country of Incorporation |
|---|---|---|
| 57. | LATTICE TELECOM FINANCE (NO 1) LIMITED | Isle of Man |
| 58. | MAINE YANKEE ATOMIC POWER COMPANY **(24%)** | USA |
| 59. | MAINSTREAM FORTY-SEVEN LIMITED | England & Wales |
| 60. | MASSACHUSETTS ELECTRIC COMPANY | USA |
| 61. | MELMAR LIMITED | Isle of Man |
| 62. | METRO ENERGY, L.L.C. | USA |
| 63. | METROWEST REALTY LLC | USA |
| 64. | MILLENNIUM PIPELINE COMPANY, LLC **(26.25%)** | USA |
| 65. | MYHOMEKEY.COM, INC. **(18.2%)** | USA |
| 66. | MYSTIC STEAMSHIP CORPORATION | USA |
| 67. | NANTUCKET ELECTRIC COMPANY | USA |
| 68. | NATGRID FINANCE HOLDINGS LIMITED | England & Wales |
| 69. | NATGRID FINANCE LIMITED | England & Wales |
| 70. | NATGRID INVESTMENTS LIMITED | England & Wales |
| 71. | NATGRID LIMITED | England & Wales |
| 72. | NATGRID ONE LIMITED | England & Wales |
| 73. | NATGRIDTW1 LIMITED | England & Wales |
| 74. | NATIONAL GRID (IOM) UK LTD | Isle of Man |
| 75. | NATIONAL GRID (IRELAND) 1 LIMITED | Republic of Ireland |
| 76. | NATIONAL GRID (IRELAND) 2 LIMITED | Republic of Ireland |
| 77. | NATIONAL GRID (SOUTHALL) GENERAL PARTNER LIMITED | England & Wales |
| 78. | NATIONAL GRID (US) HOLDINGS LIMITED | England & Wales |
| 79. | NATIONAL GRID (US) INVESTMENTS | England & Wales |
| 80. | NATIONAL GRID (US) INVESTMENTS 2 LIMITED | England & Wales |
| 81. | NATIONAL GRID (US) INVESTMENTS 3 | England & Wales |
| 82. | NATIONAL GRID (US) INVESTMENTS 4 LIMITED | England & Wales |
| 83. | NATIONAL GRID (US) PARTNER 1 LIMITED | England & Wales |
| 84. | NATIONAL GRID (US) PARTNER 2 LIMITED | England & Wales |
| 85. | NATIONAL GRID AUSTRALIA PTY LIMITED | Australia |
| 86. | NATIONAL GRID BELGIUM LIMITED | England & Wales |
| 87. | NATIONAL GRID BLUE POWER FINANCE LIMITED | England & Wales |
| 88. | NATIONAL GRID BLUE POWER LIMITED | England & Wales |
| 89. | NATIONAL GRID BRAZIL B.V. | The Netherlands |
| 90. | NATIONAL GRID BRAZIL FINANCE | England & Wales |
| 91. | NATIONAL GRID CARBON LIMITED | England & Wales |
| 92. | NATIONAL GRID CHILE B.V. | The Netherlands |
| 93. | NATIONAL GRID COMMERCIAL HOLDINGS LIMITED | England & Wales |
| 94. | NATIONAL GRID DEVELOPMENT HOLDINGS CORP. | USA |
| 95. | NATIONAL GRID EIGHT | England & Wales |

| | Name | Country of Incorporation |
|---|---|---|
| 96. | NATIONAL GRID EIGHTEEN LIMITED | England & Wales |
| 97. | NATIONAL GRID ELECTRIC SERVICES LLC | USA |
| 98. | NATIONAL GRID ELECTRICITY GROUP TRUSTEE LIMITED | England & Wales |
| 99. | NATIONAL GRID ELECTRICITY TRANSMISSION PLC | England & Wales |
| 100. | NATIONAL GRID ELEVEN | England & Wales |
| 101. | NATIONAL GRID ENERGY MANAGEMENT, LLC | USA |
| 102. | NATIONAL GRID ENERGY SERVICES, LLC | USA |
| 103. | NATIONAL GRID ENERGY TRADING SERVICES LLC | USA |
| 104. | NATIONAL GRID ENGINEERING & SURVEY INC. | USA |
| 105. | NATIONAL GRID FIFTEEN LIMITED | England & Wales |
| 106. | NATIONAL GRID FINANCE B.V. | The Netherlands |
| 107. | NATIONAL GRID FIVE LIMITED | England & Wales |
| 108. | NATIONAL GRID FOUR LIMITED | England & Wales |
| 109. | NATIONAL GRID FOURTEEN LIMITED | England & Wales |
| 110. | NATIONAL GRID GAS FINANCE (NO 1) PLC | England & Wales |
| 111. | NATIONAL GRID GAS HOLDINGS LIMITED | England & Wales |
| 112. | NATIONAL GRID GAS PLC | England & Wales |
| 113. | NATIONAL GRID GENERATION LLC | USA |

| | Name | Country of Incorporation |
|---|---|---|
| 114. | NATIONAL GRID GENERATION VENTURES LLC | USA |
| 115. | NATIONAL GRID GLENWOOD ENERGY CENTER, LLC | USA |
| 116. | NATIONAL GRID GOLD LIMITED | England & Wales |
| 117. | NATIONAL GRID GRAIN LNG LIMITED | England & Wales |
| 118. | NATIONAL GRID HOLDINGS B.V. | The Netherlands |
| 119. | NATIONAL GRID HOLDINGS LIMITED | England & Wales |
| 120. | NATIONAL GRID HOLDINGS ONE PLC | England & Wales |
| 121. | NATIONAL GRID IGTS CORP. | USA |
| 122. | NATIONAL GRID INDIA B.V. | The Netherlands |
| 123. | NATIONAL GRID INDUS B.V. | The Netherlands |
| 124. | NATIONAL GRID INSURANCE COMPANY (IRELAND) LIMITED | Republic of Ireland |
| 125. | NATIONAL GRID INSURANCE COMPANY (ISLE OF MAN) LIMITED | Isle of Man |
| 126. | NATIONAL GRID INTERCONNECTOR HOLDINGS LIMITED | England & Wales |
| 127. | NATIONAL GRID INTERCONNECTORS LIMITED | England & Wales |
| 128. | NATIONAL GRID INTERNATIONAL LIMITED | England & Wales |
| 129. | NATIONAL GRID ISLANDER EAST PIPELINE LLC | USA |
| 130. | NATIONAL GRID JERSEY HOLDINGS FIVE LIMITED | Jersey |
| 131. | NATIONAL GRID JERSEY INVESTMENTS LIMITED | Jersey |
| 132. | NATIONAL GRID LAND AND PROPERTIES LIMITED | England & Wales |
| 133. | NATIONAL GRID LAND DEVELOPMENTS LIMITED | England & Wales |
| 134. | NATIONAL GRID LAND INVESTMENTS LIMITED | England & Wales |
| 135. | NATIONAL GRID LNG GP LLC | USA |
| 136. | NATIONAL GRID LNG LLC | USA |
| 137. | NATIONAL GRID LNG LP LLC | USA |
| 138. | NATIONAL GRID MANQUEHUE B.V. | The Netherlands |
| 139. | NATIONAL GRID METERING LIMITED | England & Wales |
| 140. | NATIONAL GRID MIDDLE EAST FZCO | United Arab Emirates |
| 141. | NATIONAL GRID MILLENNIUM LLC | USA |
| 142. | NATIONAL GRID NE HOLDINGS 2 LLC | USA |
| 143. | NATIONAL GRID NEMO LINK LIMITED | England & Wales |
| 144. | NATIONAL GRID NETHERLANDS ONE BV | The Netherlands |
| 145. | NATIONAL GRID NETHERLANDS THREE BV | The Netherlands |
| 146. | NATIONAL GRID NETHERLANDS TWO BV | The Netherlands |
| 147. | NATIONAL GRID NINE LIMITED | England & Wales |
| 148. | NATIONAL GRID NINETEEN LIMITED | England & Wales |
| 149. | NATIONAL GRID NORTH AMERICA INC | USA |
| 150. | NATIONAL GRID NORTH EAST VENTURES INC | USA |
| 151. | NATIONAL GRID NSN LINK LIMITED | England & Wales |
| 152. | NATIONAL GRID OFFSHORE LTD | England & Wales |
| 153. | NATIONAL GRID ONE LIMITED | England & Wales |
| 154. | NATIONAL GRID OVERSEAS LIMITED | England & Wales |
| 155. | NATIONAL GRID OVERSEAS TWO LIMITED | England & Wales |
| 156. | NATIONAL GRID PLC | England & Wales |
| 157. | NATIONAL GRID POLAND B.V. | The Netherlands |
| 158. | NATIONAL GRID PORT JEFFERSON ENERGY CENTER, LLC | USA |
| 159. | NATIONAL GRID PROCUREMENT BV | The Netherlands |
| 160. | NATIONAL GRID PROPERTY (HIGH WYCOMBE) LIMITED | England & Wales |
| 161. | NATIONAL GRID PROPERTY (NORTHAMPTON) LIMITED | England & Wales |
| 162. | NATIONAL GRID PROPERTY (NORTHFLEET) LIMITED | England & Wales |
| 163. | NATIONAL GRID PROPERTY (TAUNTON) LIMITED | England & Wales |
| 164. | NATIONAL GRID PROPERTY (WARWICK) LIMITED | England & Wales |
| 165. | NATIONAL GRID PROPERTY DEVELOPMENTS LIMITED | England & Wales |
| 166. | NATIONAL GRID PROPERTY HOLDINGS LIMITED | England & Wales |
| 167. | NATIONAL GRID PROPERTY LIMITED | England & Wales |
| 168. | NATIONAL GRID SERVICES, INC. | USA |
| 169. | NATIONAL GRID SEVEN LIMITED | England & Wales |
| 170. | NATIONAL GRID SEVENTEEN LIMITED | England & Wales |

| | Name | Country of Incorporation |
|---|---|---|
| 171. | NATIONAL GRID SIX LIMITED | England & Wales |
| 172. | NATIONAL GRID SIXTEEN LIMITED | England & Wales |
| 173. | NATIONAL GRID TECHNOLOGIES INC. | USA |
| 174. | NATIONAL GRID TEN | England & Wales |
| 175. | NATIONAL GRID THIRTY LIMITED | England & Wales |
| 176. | NATIONAL GRID THREE LIMITED | England & Wales |
| 177. | NATIONAL GRID TRANSMISSION SERVICES CORPORATION | USA |
| 178. | NATIONAL GRID TWELVE LIMITED | England & Wales |
| 179. | NATIONAL GRID TWENTY EIGHT LIMITED | England & Wales |
| 180. | NATIONAL GRID TWENTY FOUR LIMITED | England & Wales |
| 181. | NATIONAL GRID TWENTY LIMITED | England & Wales |
| 182. | NATIONAL GRID TWENTY NINE LIMITED | England & Wales |
| 183. | NATIONAL GRID TWENTY ONE LIMITED | England & Wales |
| 184. | NATIONAL GRID TWENTY SEVEN LIMITED | England & Wales |
| 185. | NATIONAL GRID TWENTY THREE LIMITED | England & Wales |
| 186. | NATIONAL GRID TWENTY-FIVE LIMITED | England & Wales |
| 187. | NATIONAL GRID TWENTY-SIX LIMITED | England & Wales |
| 188. | NATIONAL GRID TWO LIMITED | England & Wales |
| 189. | NATIONAL GRID UK LIMITED | England & Wales |
| 190. | NATIONAL GRID UK PENSION SERVICES LIMITED | England & Wales |
| 191. | NATIONAL GRID US 6 LLC | USA |
| 192. | NATIONAL GRID US LLC | USA |
| 193. | NATIONAL GRID USA | USA |
| 194. | NATIONAL GRID USA SERVICE COMPANY, INC. | USA |
| 195. | NATIONAL GRID ZAMBIA LIMITED | England & Wales |
| 196. | NEES ENERGY, INC. | USA |
| 197. | NEW ENGLAND ELECTRIC TRANSMISSION CORPORATION | USA |
| 198. | NEW ENGLAND ENERGY INCORPORATED | USA |
| 199. | NEW ENGLAND HYDRO FINANCE COMPANY, INC. **(53.704%)** | USA |
| 200. | NEW ENGLAND HYDRO-TRANSMISSION CORPORATION **(53.704%)** | USA |
| 201. | NEW ENGLAND HYDRO-TRANSMISSION ELECTRIC COMPANY, INC. **(53.704%)** | USA |
| 202. | NEW ENGLAND POWER COMPANY | USA |
| 203. | NEWPORT AMERICA CORPORATION | USA |
| 204. | NG JERSEY LIMITED | Jersey |
| 205. | NG LEASING LIMITED | England & Wales |
| 206. | NG LUXEMBOURG 3 SARL | Luxembourg |
| 207. | NG LUXEMBOURG 4 SARL | Luxembourg |
| 208. | NG LUXEMBOURG 5 SARL | Luxembourg |
| 209. | NG LUXEMBOURG HOLDINGS LIMITED | England & Wales |
| 210. | NG LUXEMBOURG SA | Luxembourg |
| 211. | NG NOMINEES LIMITED | England & Wales |
| 212. | NG PROCUREMENT HOLDINGS LIMITED | England & Wales |
| 213. | NG VILLIERS LIMITED PARTNERSHIP | England & Wales |
| 214. | NGC EMPLOYEE SHARES TRUSTEE LIMITED | England & Wales |
| 215. | NGC INDUS LIMITED | England & Wales |
| 216. | NGC TWO LIMITED | England & Wales |
| 217. | NGC ZAMBIA LIMITED | England & Wales |
| 218. | NGET / SPT UPGRADES LTD **(50%)** | England & Wales |
| 219. | NGG FINANCE (NO 1) LIMITED | England & Wales |
| 220. | NGG FINANCE PLC | England & Wales |
| 221. | NGG TELECOMS HOLDINGS LIMITED | England & Wales |
| 222. | NGG TELECOMS LIMITED | England & Wales |
| 223. | NGM1 (GBR) LIMITED | Gibraltar |
| 224. | NGNE LLC | USA |
| 225. | NGP(IM7S) LIMITED | Isle of Man |
| 226. | NGRID INTELLECTUAL PROPERTY LIMITED | England & Wales |

| | Name | Country of Incorporation |
|---|---|---|
| 227. | NGT FIVE LIMITED | Cayman Islands |
| 228. | NGT FOUR LIMITED | Cayman Islands |
| 229. | NGT HOLDING COMPANY (ISLE OF MAN) LIMITED | Isle of Man |
| 230. | NGT LUXEMBOURG ONE LIMITED | England & Wales |
| 231. | NGT ONE LIMITED | England & Wales |
| 232. | NGT TELECOM NO. 1 LIMITED | England & Wales |
| 233. | NGT TELECOM NO. 2 LIMITED | England & Wales |
| 234. | NGT THREE | England & Wales |
| 235. | NGT TWO LIMITED | England & Wales |
| 236. | NIAGARA MOHAWK ENERGY, INC. | USA |
| 237. | NIAGARA MOHAWK HOLDINGS, INC. | USA |
| 238. | NIAGARA MOHAWK POWER CORPORATION | USA |
| 239. | NM PROPERTIES, INC. | USA |
| 240. | NMP LIMITED | England & Wales |
| 241. | NORTH EAST TRANSMISSION CO., INC. | USA |
| 242. | NYSEARCH RMLD LLC (22.63%) | USA |
| 243. | NYSEARCH ROBOTICS LLC (14.59%) | USA |
| 244. | OPINAC NORTH AMERICA, INC. | USA |

| | | |
|---|---|---|
| 245. | PCC LAND COMPANY, INC. | USA |
| 246. | PHILADELPHIA COKE CO., INC. | USA |
| 247. | PORT GREENWICH LIMITED | England & Wales |
| 248. | PORT OF THE ISLANDS NORTH LLC | USA |
| 249. | SCC UNO SA | Chile |
| 250. | STARGAS NOMINEES LIMITED | England & Wales |
| 251. | SUPERGRID ELECTRICITY LIMITED | England & Wales |
| 252. | SUPERGRID ENERGY TRANSMISSION LIMITED | England & Wales |
| 253. | SUPERGRID LIMITED | England & Wales |
| 254. | TELECOM INTERNATIONAL HOLDINGS LIMITED | England & Wales |
| 255. | THAMESPORT INTERCHANGE LIMITED | England & Wales |
| 256. | THE BROOKLYN UNION GAS COMPANY | USA |
| 257. | THE NARRAGANSETT ELECTRIC COMPANY | USA |
| 258. | THE NATIONAL GRID GROUP QUEST TRUSTEE COMPANY LTD | England & Wales |
| 259. | THE NATIONAL GRID YOUPLAN TRUSTEE LIMITED | England & Wales |
| 260. | THE NATIONAL GRID INVESTMENTS COMPANY | England & Wales |
| 261. | TRANSCO LIMITED | England & Wales |
| 262. | TRANSGAS, INC. | USA |
| 263. | UNIT 40 SUBLESSOR LLC | USA |
| 264. | UPPER HUDSON DEVELOPMENT INC | USA |
| 265. | VALLEY APPLIANCE AND MERCHANDISING COMPANY | USA |
| 266. | VILLIERS FINANCE SA | Luxembourg |
| 267. | WAYFINDER GROUP, INC. | USA |
| 268. | XOSERVE LIMITED **(56.5%)** | England & Wales |
| 269. | YANKEE ATOMIC ELECTRIC COMPANY **(34.5%)** | USA |