Anthony J. Marchetta
Richard H. Brown
**DAY PITNEY LLP**
7 Times Square
New York, NY  10039
Telephone:  (212) 297-5800
Facsimile:   (212) 916-2940
amarchetta@daypitney.com
rbrown@daypitney.com
*Attorneys for All Defendants*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARRETT JENKINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>NATIONAL GRID USA, NATIONAL GRID NORTH AMERICA INC., NATIONAL GRID GENERATION LLC, NEW ENGLAND POWER COMPANY, MASSACHUSETTS ELECTRIC COMPANY, THE NARRAGANSETT ELECTRIC COMPANY, NIAGARA MOHAWK POWER CORPORATION, NIAGARA MOHAWK HOLDINGS, INC., BOSTON GAS COMPANY, KEYSPAN GAS EAST CORPORATION, KEYSPAN CORPORATION, THE BROOKLYN UNION GAS COMPANY, BRITISH TRANSCO FINANCE INC. and NATIONAL GRID PLC,<br><br>Defendants. | HON. JOANNA SEYBERT, U.S.D.J.<br>Civil Action No. 15-cv-1219 (JS)(GRB)<br><br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT ON BEHALF OF NATIONAL GRID PLC** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for defendant National Grid plc, certifies as follows:  National Grid plc's ordinary shares are listed on the London Stock Exchange.  National Grid plc's stock is also held by U.S. investors through

1

91105714.3

American Depositary Shares which are listed on the New York Stock Exchange. No publicly held corporation directly owns more than 10% of National Grid plc's outstanding common stock.

DAY PITNEY LLP
7 Times Square
New York, NY 10039
Telephone: (212) 297-5800
Facsimile: (212) 916-2940
amarchetta@daypitney.com
rbrown@daypitney.com


By:  */s/ Anthony J. Marchetta*
     ANTHONY J. MARCHETTA
     Attorneys for All Defendants

Dated: April 14, 2015

91105714.3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Rule 7.1 Disclosure was served on this date, via the Court's ECF system, upon:

Joseph S. Tusa, Esq.
TUSA P.C.
P.O. Box 566
53345 Main Road, Ste. 10-1
Southold, NY 11971
Attorneys for Plaintiff

                                  By:  */s/ Anthony J. Marchetta*
                                         ANTHONY J. MARCHETTA
                                         Attorneys for All Defendants

Dated: April 14, 2015

91105714.3