Anthony J. Marchetta
Richard H. Brown
**DAY PITNEY LLP**
7 Times Square
New York, NY  10039
Telephone:  (212) 297-5800
Facsimile:   (212) 916-2940
amarchetta@daypitney.com
rbrown@daypitney.com
*Attorneys for All Defendants*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARRETT JENKINS, on behalf of himself and all others similarly situated, | HON. JOANNA SEYBERT, U.S.D.J. |
| Plaintiff, | Civil Action No. 15-cv-1219 (JS)(GRB) |
| -against- | |
| NATIONAL GRID USA, NATIONAL GRID NORTH AMERICA INC., NATIONAL GRID GENERATION LLC, NEW ENGLAND POWER COMPANY, MASSACHUSETTS ELECTRIC COMPANY, THE NARRAGANSETT ELECTRIC COMPANY, NIAGARA MOHAWK POWER CORPORATION, NIAGARA MOHAWK HOLDINGS, INC., BOSTON GAS COMPANY, KEYSPAN GAS EAST CORPORATION, KEYSPAN CORPORATION, THE BROOKLYN UNION GAS COMPANY, BRITISH TRANSCO FINANCE INC. and NATIONAL GRID PLC, | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT ON BEHALF OF NATIONAL GRID NORTH AMERICA INC.** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for defendant National Grid North America Inc., certifies as follows:  All of National Grid North America Inc.'s outstanding common shares are owned by National Grid (US) Partner 1 Ltd. National Grid (US) Partner 1 Ltd. is wholly-owned by National Grid (US) Investments 4

1

91105638.3

Limited, which is wholly-owned by National Grid (US) Holdings Ltd. National Grid (US) Holdings Ltd. is wholly owned by National Grid plc. National Grid plc's ordinary shares are listed on the London Stock Exchange. National Grid plc's stock is also held by U.S. investors through American Depositary Shares which are listed on the New York Stock Exchange. No publicly held corporation directly owns more than 10% of National Grid plc's outstanding common stock.

                        DAY PITNEY LLP
                        7 Times Square
                        New York, NY  10039
                        Telephone:  (212) 297-5800
                        Facsimile:  (212) 916-2940
                        amarchetta@daypitney.com
                        rbrown@daypitney.com

                        By:  */s/ Anthony J. Marchetta*
                             ANTHONY J. MARCHETTA
                             Attorneys for All Defendants

Dated:  April 14, 2015

91105638.3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Rule 7.1 Disclosure was served on this date, via the Court's ECF system, upon:

Joseph S. Tusa, Esq.
TUSA P.C.
P.O. Box 566
53345 Main Road, Ste. 10-1
Southold, NY 11971
Attorneys for Plaintiff

By:    */s/ Anthony J. Marchetta*
      ANTHONY J. MARCHETTA
      Attorneys for All Defendants

Dated: April 14, 2015