Anthony J. Marchetta
Richard H. Brown
**DAY PITNEY LLP**
7 Times Square
New York, NY  10039
Telephone:  (212) 297-5800
Facsimile:   (212) 916-2940
amarchetta@daypitney.com
rbrown@daypitney.com
*Attorneys for All Defendants*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARRETT JENKINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>NATIONAL GRID USA, NATIONAL GRID NORTH AMERICA INC., NATIONAL GRID GENERATION LLC, NEW ENGLAND POWER COMPANY, MASSACHUSETTS ELECTRIC COMPANY, THE NARRAGANSETT ELECTRIC COMPANY, NIAGARA MOHAWK POWER CORPORATION, NIAGARA MOHAWK HOLDINGS, INC., BOSTON GAS COMPANY, KEYSPAN GAS EAST CORPORATION, KEYSPAN CORPORATION, THE BROOKLYN UNION GAS COMPANY, BRITISH TRANSCO FINANCE INC. and NATIONAL GRID PLC,<br><br>Defendants. | HON. JOANNA SEYBERT, U.S.D.J.<br>Civil Action No. 15-cv-1219 (JS)(GRB)<br><br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT ON BEHALF OF BOSTON GAS COMPANY** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for

defendant Boston Gas Company, certifies as follows:  All of the outstanding common shares of

Boston Gas Company are owned by National Grid NE Holdings 2 LLC.  KeySpan Corporation

owns 99%, and NGNE LLC owns 1%, of the outstanding common shares of National Grid NE

1

91105675.3

Holdings 2 LLC.  All of the outstanding common shares of NGNE LLC are owned by KeySpan Corporation.  All of the outstanding common shares of KeySpan Corporation are owned by National Grid USA.  All of National Grid USA's outstanding common shares are owned by National Grid North America Inc.  All of National Grid North America Inc.'s outstanding common shares are owned by National Grid (US) Partner 1 Ltd.  National Grid (US) Partner 1 Ltd. is wholly-owned by National Grid (US) Investments 4 Limited, which is wholly-owned by National Grid (US) Holdings Ltd.  National Grid (US) Holdings Ltd. is wholly-owned by National Grid plc.  National Grid plc's ordinary shares are listed on the London Stock Exchange. National Grid plc's stock is also held by U.S. investors through American Depositary Shares which are listed on the New York Stock Exchange.  No publicly held corporation directly owns more than 10% of National Grid plc's outstanding common stock.

DAY PITNEY LLP
7 Times Square
New York, NY  10039
Telephone:  (212) 297-5800
Facsimile:  (212) 916-2940
amarchetta@daypitney.com
rbrown@daypitney.com

By:    /s/ Anthony J. Marchetta
        ANTHONY J. MARCHETTA
        Attorneys for All Defendants

Dated:  April 14, 2015

2

91105675.3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Rule 7.1 Disclosure was

served on this date, via the Court's ECF system, upon:

Joseph S. Tusa, Esq.
TUSA P.C.
P.O. Box 566
53345 Main Road, Ste. 10-1
Southold, NY  11971
Attorneys for Plaintiff

By:     */s/ Anthony J. Marchetta*
ANTHONY J. MARCHETTA
Attorneys for All Defendants

Dated:  April 14, 2015

91105675.3