**Lieff
Cabraser
Heimann&
Bernstein**

Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

January 4, 2019

**VIA ECF**

The Honorable Gary R. Brown
United States Magistrate Judge
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      RE:    *Jenkins, et al. v. National Grid USA Serv. Corp., Inc.,* Case No. 15-cv-1219

Your Honor:

Plaintiffs respectfully write to inform Your Honor that the parties have further met and conferred to attempt to resolve Plaintiffs' Motion to Compel Defendants to Comply with the Court's December 2, 2016 Order (*see* Dkt. 477), and reached a resolution.

But because the parties continue to disagree on the proper interpretation of the confidentiality orders in this case, Plaintiffs believe the parties should discuss with the Court how voluminous documents that may contain confidential customer information may be produced or made available for inspection going forward, including whether Plaintiffs have a right to make and maintain copies of unredacted information that Defendants make available for inspection. Defendants agreed to discuss this during the January 8, 2019 hearing, but reserve the right to request further briefing on this issue.

Accordingly, Plaintiffs hereby withdraw the motion filed as Docket No. 477. The parties look forward to discussing the confidentiality issue with Your Honor on January 8.

Respectfully submitted,

John T. Nicolaou

cc:    Joseph S. Tusa
       Daniel M. Hutchinson
       Douglas I. Cuthbertson
       Avery S. Halfon