# EXHIBIT 23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARRETT JENKINS, EMMOT STEELE, FRANCES ROYAL, DANAI EWAN, and CHARMAINE WHYTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>NATIONAL GRID USA SERVICE COMPANY, INC., KEYSPAN GAS EAST CORPORATION, NIAGARA MOHAWK POWER CORPORATION, and THE BROOKLYN UNION GAS COMPANY,<br><br>Defendants. | INDEX NO.  15-cv-1219<br><br>Hon. Joanna Seybert, U.S.D.J.<br>Hon. Arlene R. Lindsay, U.S.M.J. |

## EXPERT REPORT OF DELIANG WANG, Ph.D.

### 1.  Introduction and Executive Summary

Plaintiffs' counsel in this case have asked me to provide the Court with my expert opinion on the following subject matters:  1) the current state of automatic speech transcription technology, including whether this technology can provide reliable and accurate transcription results, particularly when used to transcribe recorded telephone conversations; 2) a quantitative analysis of the results from a case study performed by Class Experts Group (CEG) that comprised i) transcription of a sample of recorded telephone conversations using Amazon Web Services (AWS); and ii) the subsequent phone number extraction and verification performed by CEG using its proprietary software; and 3) identification and explanation of scientific and technological methods that can improve results for transcribing telephone numbers from recorded conversations that are available and can be used if the

1

Court directs the transcription of a larger pool of recorded telephone conversations retained by Defendants.

Before presenting my opinions and analysis in detail, an executive summary is given below:

- Opinion 1:  The introduction and use of "deep learning" methodology has resulted in major breakthroughs in the reliability and feasibility of automatic speech recognition (ASR) technology in recent years.  Current ASR technology can produce reliable transcription results for many kinds of speech signals, including conversational telephone speech, that rival the accuracy of human manual transcription.

- Opinion 2:  My analysis of the case study completed by CEG demonstrates an accuracy level above 80% for telephone number transcription and extraction of the sampled conversational speech taken from audio files produced by the defendants in this lawsuit.

- Opinion 3:  Scientifically accepted techniques exist currently that can be used to further increase the accuracy of the telephone number transcription completed by CEG in its sample study.  These additional techniques comprise: i) "training" ASR systems to "key" on certain words or numbers; ii) performing – prior to transcription – "speaker diarization" (assigning speech signals to each participant in a recorded telephone conversation), and subsequently conducting speaker adaptation; and iii) using multiple ASR models in tandem or combination, thereby benefitting from the advantages of individual ASR providers' algorithms.

## 2.  Rate

My services are compensated at an hourly rate of $400.  My compensation does not depend on the opinions that I offer or the outcome in this matter.

### 3.    Qualifications

I have spent my professional and academic career as a researcher in the field of speech processing and deep learning.  I am currently a University Distinguished Scholar and Professor in the Department of Computer Science and Engineering at Ohio State University.  I received B.S. in 1983 and M.S. in 1986 from Peking (Beijing) University, both in computer science.  I received a Ph.D. in computer science in 1991 from the University of Southern California. I have received numerous awards and honors, including the U.S. Office of Naval Research Young Investigator Award, the Best Paper Awards from the Institute of Electrical and Electronics Engineers ("IEEE") Computational Intelligence Society and the IEEE Signal Processing Society, and the Helmholtz Award from the International Neural Network Society.  I am Co-Editor-in-Chief of *Neural Networks*, a premier journal in the field of neural networks and deep learning, and also served as President of the International Neural Network Society. I am an IEEE Fellow.  I have published 150 articles in major scientific journals and more than 200 papers in leading conference proceedings, including the following articles that relate to the subject of the opinions provided in this Report:  Wang & Wang (2016), Wang & Wang (2017), and Wang *et al.* (2020).[1]  In addition, I have supervised 25 graduate students who earned their PhDs in computer science and engineering, including those currently employed by companies preforming ASR and related work.  More details are given in the attached *curriculum vitae.*

I am a recognized expert in the field of robust ASR technology, including scientific methods, and algorithm development & testing.  Robust ASR aims to develop ASR algorithms that can suppress, or remain unaffected by, background interference (such as noise).  ASR algorithms developed in my laboratory have been recognized as the best in the world in the second and the fourth CHiME (Computational Hearing in Multisource Environments) challenges.  The CHiME

---

[1] All citations to academic literature are listed in detail in the *References* section of this Report.

challenges test the performance of ASR in real-world environments that contain background noises and room reverberation (Vincent *et al.*, 2013; Vincent *et al.*, 2017). Our algorithms achieved the highest recognition rate in the CHiME-2 challenge in 2016 (Wang & Wang, 2016), and in the recent CHiME-4 challenge (Wang *et al.*, 2020). My research contributions and achievements in the fields of speech processing were featured in the March 2017 issue of *IEEE Spectrum* (Wang, 2017), the most circulated technical magazine in the world. I am one of the most published authors in peer-reviewed scientific journals in the fields of speech and audio processing.

My computer science education includes rigorous and extensive training in mathematics and statistics. Part of my undergraduate training at Peking University was obtained from the Mathematics Department of Peking University, the top ranked math program in China. My qualifications in quantitative/statistical analysis are also derived from decades-long research in speech processing and dynamical systems.

### 4.  Prior Expert Testimony

I have not provided expert testimony during the last four years.

### 5.   Opinion 1:  Automatic Speech Recognition Technology Can Reliably Transcribe Telephone Conversations

**5.1. Development of Automatic Speech Recognition**

Speech is the primary means of human communication.  One of the main goals of the Artificial Intelligence (AI) research field, since the early years of AI research in the 1950s, has been to accurately mimic this uniquely human ability.  This subfield of AI aims to produce written text from acoustic speech, and is called ASR, "automatic speech transcription," or simply "speech-to-text." Besides intellectual curiosity, the intense, sustained interest in developing ASR technology is fueled by the practical and financial benefits derived from automating a wide range of tasks that involve human-machine interaction.  The commercialization of ASR through increasingly popular products such as Amazon "Echo" and Google "Home" is based on major improvements in ASR accuracy during the last decade, to the point where it rivals, and sometimes is superior to, human speech recognition.  ASR can now accurately transcribe millions of audio files, including recorded telephone conversations, in a matter of days or weeks.

Perhaps the earliest ASR system was developed in 1952 at the Bell Laboratories by K.H. Davis and his team (Davis *et al.*, 1952; *see also* Juang & Rabiner, 2005), referred to as the Davis method in this report.  This rudimentary method was designed to recognize ten isolated digits (0-9) spoken by a single individual.  ASR has come a very long way in the seven decades since the publication of the Davis method, to the technology that is widely used today, as explained below.

Compared to human speech recognition, the Davis method was severely limited, because it could only recognize 10 digits.  In other words, the "recognition task" was limited to ten words (the words zero through nine), whereas a typical person's vocabulary encompasses tens of thousands of words.  In addition, the Davis method can only recognize the spoken digits of a single speaker, which is known as "speaker-dependent" ASR, whereas human recognition is obviously *speaker-*

*independent.* Further, the Davis method recognizes individual words in isolation, whereas human listeners recognize continuous speech, where the ability to interpret language grammar is an important factor. The subsequent progress in ASR technology has removed the restrictions described above in this early and rudimentary ASR method.

Generally speaking, most of the early methods (like the Davis method) developed in the 1950s and 1960s focused on isolated phoneme, digit, and monosyllabic word recognition, as encapsulated by efforts to develop a phonetic typewriter that recognizes spoken words corresponding to the keys on a typewriter. The 1970s saw the introduction of pattern recognition methodology to the ASR field, which involved building classifiers corresponding to different speech patterns. In addition, a premier United States funding agency – DARPA (the Defense Advanced Research Projects Agency) – recognized the importance of and began investing in this technology. DARPA funding led to the development of a system at Carnegie Mellon University, named Harpy, which could perform speech recognition on a vocabulary size of 1011 words.

The progress in ASR science and technology accelerated in the 1980s and 1990s, fueled by the shift from intuitive template matching to rigorous statistical modeling, the most important of which was the introduction of the hidden Markov model (HMM) approach to automatic speech recognition. The HMM approach combines the statistical modeling of basic speech sounds (phonemes or phones) with certain acoustic features and their sequential transitions, and an explicit grammar. More specifically, the statistical modeling part describes a statistical distribution of acoustic features of a speech sound. The grammar part models transitions between neighboring speech sounds, also in a statistical fashion. Within this framework, ASR technology became largely data-driven, as ASR models were trained to become more sophisticated by recognizing patterns in large amounts of collected speech data. This training involved adjusting certain model parameters on the basis of analyzing training data (or examples). DARPA sponsored the collection of many

publicly available speech corpora, and a series of ASR performance evaluations on common datasets through the National Institute of Standards and Technology (NIST).  The availability of various speech corpora and the emphasis on evaluating ASR performance on common datasets proved to be extremely valuable in pushing the ASR technology forward.  The resulting technology became capable of performing speaker-independent continuous speech recognition on a large-vocabulary.



**Figure 1**. NIST Speech-to-Text Transcription (STT) benchmark results in terms of Word Error Rate from 1988 to 2009 (https://www.nist.gov/itl/iad/mig/rich-transcription-evaluation).

The progress continued in the 2000s, as ASR technology explored a wider range of more challenging tasks, including more accurately transcribing conversational speech conducted over telephones and group conversations in a meeting.  One graph from NIST, shown in Figure 1,

summarizes the ASR performance advances made from the late 1980s through the end of the 2000s. This progress can be seen in improvements made to Word Error Rate ("WER"), the standard metric for assessing automatic speech transcription, defined as

$$WER = \frac{S + D + I}{N}$$

(1)

where $N$ denotes the total number of words in a reference text. The symbols in the numerator refer to possible errors made by an ASR system, where $S$ is the number of word substitutions, $D$ is the number of deletions, and $I$ is the number of insertions. The WER is often expressed as a percentage, although it can exceed 100%. For example, if a person speaks the following reference text:

> "I didn't like what I saw on the lawn in front of the State House, and I called the police"

and the statement is transcribed to text as follows:

> "I didn't look what I saw on the lawn in front of ~~the~~ State House, and I talked *to* the police"

where any substitutions are underlined, deletions are crossed out, and insertions are italicized. Then, the WER is (2+1+1)/20 or 20%.

As shown in Figure 1, there were WER improvements (*i.e.* reductions) to ASR through this period on numerous corpora of speech, including (1) read speech; (2) broadcast speech; (3) conversational telephone speech; and (4) meeting speech. For read speech, ASR algorithms approached human level performance, the ultimate goal for ASR research. For broadcast, conversational, and meeting speech, there were initial improvements, but performance stagnated in the 2000s.

Subsequently, ASR performance substantially benefitted from a major breakthrough in the field of neural networks. A neural network can be viewed as a machine learning system that is constructed from simple computing elements called model neurons (Haykin, 2009). As the name suggests, this field of computing was inspired by how neurons and neural networks function in the brain. A key feature of any neural network is its intrinsic ability to "learn"; that is, a neural network can change the weights of the connections between model neurons through a training process. During training, pairs of linked inputs and desired outputs are presented to a neural network, which then self-modifies any response to these inputs to shift closer to the desired outputs. This form of so-called supervised learning resembles how humans learn, say, to classify apples and oranges as different types of fruits. While neural networks were applied to ASR in the 1980s and 1990s, they were not considered a mainstream and accepted methodology. That changed with the introduction of deep neural networks or deep learning.

A deep neural network (DNN) is composed of many hidden layers of model neurons; hidden layers refer to those between the input layer and the output layer (Goodfellow *et al.*, 2016). Each successive layer in a DNN receives the input from the previous layer, and the DNN as a whole captures higher-order correlations between input features as the depth increases. A deep neural network, compared to a "shallow" neural network, possesses a larger capacity of learning from training data; the combination of deep learning and big (training) data proves to be a great recipe for obtaining superior performance. A landmark 2006 paper (Hinton *et al.*, 2006) established DNN as a new machine learning paradigm, leading the way to tremendous successes in the field of deep learning (*i.e.* learning in DNN), with a large variety of real-world applications. DNN's achievements include a watershed event in AI in 2016: Google's AlphaGo program defeated the human World Champion in the game of "Go", popular in Asia and widely considered one of the most complex strategy board games in the world (Silver *et al.*, 2016). Deep learning methodology is revolutionizing

9

information technology industry.  It powers face recognition, automatic driving, and machine translation, just to name a few, and has elevated ASR performance to new levels.

My laboratory was the first to introduce DNN to the field of speech separation, which is the task of separating target speech from a noisy speech signal recorded in a real environment (Wang & Wang, 2013).  Our DNN algorithm not only achieved state-of-the-art speech separation performance, but also elevated human speech recognition rates in noisy conditions, particularly those with hearing impairment, for the first time (Healy *et al.*, 2013).  The latter achievement was the basis for the IEEE Spectrum cover story mentioned in Section 3.  It is also worth noting that our robust ASR methods that achieved the best scores in the CHiME-2 and CHiME-4 challenges (see Section 3) were also based on DNNs.

### 5.2. ASR for Conversational Telephone Speech

I am informed that this litigation centers on certain telephone calls, and that one aspect of the case may involve analysis of recorded phone conversations.  The transcription of conversational telephone speech has been a major focus of the ASR field for three reasons.  First, transcribing telephone calls is a natural fit for applying ASR technologies, facilitating useful activities such as audio information retrieval (e.g., searching for an audio clip containing a particular phrase of interest), quality assurance for call center services, and automatic question answering (e.g., telephone banking).  Second, it has historically been among the more challenging kinds of speech to transcribe reliably as illustrated in Figure 1.  Third, conversational telephone speech has become the standard and preferred type of speech used to evaluate and document recent developments in deep learning based ASR and performance improvements resulting from the deep learning breakthrough (Saon & Picheny, 2017).

Among the DARPA-sponsored speech corpora, the Switchboard corpus collected over the years (Godfrey *et al.*, 1992; Cieri *et al.*, 2004) stands out as the largest and most ambitious dataset.  This corpus contains more than 11,000 recorded phone conversations, with each one typically between two strangers on a specific topic for a duration of up to 10 minutes.  The total amount of speech data in the Switchboard corpus totals 2,300 hours and includes more than 4,000 speakers from across all major U.S. dialect regions, as well as non-American speakers and non-native English speakers.

Compared to read and broadcast speech, conversational speech is more difficult to accurately transcribe, because such speech is spontaneous, includes different speaking styles and accents, and contains so-called "disfluencies," including partial words, hesitations (*e.g.* 'uh'), and backchannel acknowledgments (*e.g.* 'mhm').  When a small subset of the Switchboard corpus was first released in 1992 (Godfrey *et al.*, 1992), the task was considered impossibly difficult, and an initial evaluation in 1993 yielded a WER around 80% (Gillick et al., 1993; see also Figure 1).  However, the ASR community managed to substantially reduce WER in subsequent years for conversational speech, and in 2001 Cambridge University designed a system that achieved an impressive WER of 19.3% (Hain *et al.*, 2001).  In 2005, IBM's system reached a WER of 15.2% (Soltau *et al.*, 2005).

In 2011, the first DNN was evaluated on the Switchboard task, producing a WER of 18.5% (Seide *et al.*, 2011).  Although this WER is higher than the IBM 2004 system, the DNN-based ASR system was much simpler than IBM's system, and the potential for using deep learning methodology in the ASR field was quickly seized upon by leading ASR laboratories in major information technology (IT) companies.   In 2012, a joint article by Microsoft, Google, IBM, and the University of Toronto summarized their successes in applying DNN to ASR (Hinton *et al.*, 2012).

Riding on the deep learning wave, subsequent evaluations on the Switchboard corpus by leading IT companies have pushed down error rates so low that a Microsoft ASR system achieved parity

with human transcribers in 2016  (see Xiong *et al.*, 2016; Xiong *et al.*, 2017).  Figure 2 (*see* below)

plots the WER reduction over a quarter century – from 80% in the initial 1993 evaluation to 5.1%

WER achieved by a Microsoft system in 2018, surpassing the human recognition error rate of 5.9%

for the same task  (Xiong *et al.*, 2017).  It is worth noting that the Microsoft 2016 system not only

achieved human parity, but also produced WER patterns that are very similar to those of human

transcribers; indeed human subjects find it very hard to tell whether incorrect transcriptions come

from machine or human transcription (Xiong *et al.*, 2017).



**Figure 2**.  WERs based on analyses of the Switchboard conversational telephone speech

corpus from 1993 to 2018.  The results are reported in the following papers in chronological

order: Gillick *et al.* (1993), Beskin *et al.* (1996), Hain *et al.* (2001), Soltau *et al.* (2005), Seide *et*

*al.* (2011), Vesely *et al.* (2013), Saon *et al.* (2015), Xiong *et al.* (2016), Han *et al.* (2017), and

Xiong *et al.* (2018).

12

As a result of deep learning, ASR technology now is widely deployed in commercial applications for the transcription of speech, and automatic transcription providers include the largest IT companies such as Amazon, Google, Microsoft, and IBM. By utilizing many processors, commercial ASR products can transcribe large numbers of recorded conversational telephone speech files in a short period of time. Voice-controlled devices featuring intelligent assistants, such as Amazon "Echo" and Google "Home", are part of our homes, and human-machine interaction via voice is ubiquitous in smart phones (such as Siri on iPhones), computers, and vehicles. With the increase in reliability, ASR technology is being used in an ever-increasing array of industries, including healthcare, telecommunications, education, and financial services.

The fact that Defendants in this case hired ETech to transcribe a large batch of telephone conversations in order to extract a given set of phone numbers provides further evidence that current ASR technology can reliably transcribe and extract phone numbers from recorded conversations between National Grid and its customers. From the documents provided to me by Plaintiffs' counsel, I gather that ETech first adjusted its proprietary transcription algorithm so that it could accurately transcribe phone numbers. Then the tweaked algorithm was applied to transcribe close to 3.2 million recorded files of telephone calls between National Grid's customers and its call center agents. From the transcribed files, ETech was able to identify 12 files that were in the given set of phone numbers. Each of these 12 files was subsequently confirmed by CompliancePoint to be the ones ETech was hired to search for. In other words, ETech's algorithm was able to perform the transcription and phone number extraction task reliably, which supports my opinion that current ASR technology can reliably transcribe large numbers of audio files containing conversational telephone speech.

13

### 6.   Opinion 2:  Performance Analysis of CEG ASR Case Study

While I did not design or implement the study performed by CEG using AWS and its proprietary software, I have been provided a subset of the original audio recordings used in the study and the study results for the purposes of performing a statistical analysis.  CEG's study design and logic are discussed in Opinion 5 of the Rebuttal Expert Report of Anya Verkhovskaya, dated July 24, 2020, which I have reviewed.

CEG used AWS to transcribe telephone numbers from conversational telephone speech, much like the Switchboard task described above.  There are, however, some important differences between a "pure" ASR task concerned with exclusively transcribing audio to text, and the study performed by CEG.  A "pure" ASR task would focus only on accurately transcribing telephone conversations to identify any telephone numbers spoken during the calls.  However, the CEG study was designed to test not only whether the telephone number(s) in the original audio recording were correctly extracted, but also whether they comprised valid telephone numbers (to the extent knowable using available databases).  It is my understanding that an extracted telephone number that CEG's software determined was invalid would be removed from the spreadsheet reporting the study results.  In other words, even if the AWS transcription result matched the human transcription, the CEG study counted the whole number as a wrong transcription if, for example, the telephone number contained an invalid area code.  Therefore, a quantitative evaluation of the CEG study cannot be entirely based on the WER defined above in Equation 1, like in a pure ASR transcription task.

CEG's case study is really a two-class classification task:  whether a telephone number spoken by a customer is correctly transcribed and constitutes a valid telephone number (to the extent knowable from available databases as explained in the Expert Rebuttal Report, Opinion 5, of Anya Verkhovskaya).  Here, human-transcribed phone numbers are considered the ground truth, *i.e.* the

14

reference against which automatic transcription by AWS is compared. As many of these conversations do not contain phone numbers, it is also important to correctly make that determination. With these factors in mind, the appropriate way to assess the ASR performance would be to separately measure the following outcomes:

- Hit: AWS *correctly* transcribes a phone number from an audio file containing a telephone number;

- Reject: AWS *correctly* transcribes no phone number from an audio file that contains no phone number;

- Miss: AWS *wrongly* transcribes no phone number from an audio file that contains a phone number;

- Substitution: AWS *wrongly* transcribes a phone number from an audio file that contains a different phone number; and

- False-alarm (FA): AWS *wrongly* transcribes a phone number from an audio file that contains no phone number.

For each of the recorded telephone conversations included within the CEG study sample: i) the recording contains one telephone number; ii) the recording contains multiple telephone numbers; or iii) the recording contains no telephone number. If a recording contains multiple telephone numbers, it is broken into the same number of files as the number of telephone numbers in that recording. As a result, even though the CEG study transcribed a total of 601 recorded telephone conversations, the analysis in the CEG study considers a total of 699 files.

**Table 1**. Statistics of AWS transcription results

| Total number of audio files | | 699 |
|---|---|---|
| Number of files with a human transcribed number | | 372 |
| Number of files with an AWS transcribed number | | 336 |
| Correct transcription | Number of Hits | 251 |
| | Number of Rejects | 310 |
| Incorrect transcription | Number of Substitutions | 68 |
| | Number of Misses | 53 |
| | Number of False-alarms | 17 |

Table 1 summarizes the statistics of the AWS transcription and CEG extraction results on a pilot batch of phone conversations. With these measures, I calculate the following performance metrics:

- HIT Rate:

$$HIT\ Rate = \frac{Number\ of\ Hits}{Number\ of\ human\ transcribed\ numbers}$$

(2)

- FALSE-ALARM (FA) Rate

$$FA\ Rate = \frac{Number\ of\ False\text{-}alarms}{Number\ of\ audio\ files\ without\ a\ human\ transcribed\ number}$$

(3)

Finally,

- Accuracy Rate:

$$ACCURACY = \frac{Number\ of\ Hits + Number\ of\ Rejects}{Total\ number\ of\ audio\ files}$$

(4)

16

Table 2 presents the results of AWS transcription and CEG phone number extraction. The best single metric to assess the quality of CEG's study of AWS phone number transcription should be the percent accuracy, which in this case is 80.26%.

**Table 2**. Performance of AWS transcription

| Hit rate | 67.47% |
|---|---|
| FA rate | 5.20% |
| **Accuracy** | **80.26%** |

It is worth reiterating that the Accuracy metric reported in Table 2 should not be directly compared with WER because to score a "hit" in phone number extraction requires the correct transcription of the telephone number (*i.e.* 7 or 10 words) and the extracted telephone number needs to be a valid telephone number. Given the additional condition required for an "accurate" result, it was expected that the Error Rate for the CEG study would be higher than WER measuring only the accurate transcription of individual words.

According to the Expert Rebuttal Report of Anya Verkhovskaya, Opinion 5, the telephone conversations selected for the CEG study were chosen randomly from a much larger batch of recorded conversations. Given that the selection of the study batch is unbiased statistically, we can expect a similar level of accuracy if the same AWS transcription product and CEG phone number extraction process are applied to a much larger batch of telephone recordings.

17

### 7. Opinion 3: Techniques for Further Improvements

The accuracy rate of 80% is a reasonable outcome using the study design adopted by CEG. However, there are additional techniques routinely employed within the fields of ASR and machine learning that could be used to improve the accuracy rate of CEG's case study. These techniques can be applied to a much larger batch of recorded audio files potentially available for analysis in this lawsuit. Below I describe three such techniques.

### 7.1. Tailored System Training

ASR systems tailored to transcribing phone numbers can be trained by providing "keywords" that comprise only numerical digits in order to substantially improve the accuracy of transcribing those digits. This would be an especially effective method for transcribing the telephone conversations in this lawsuit, which is only concerned with the accuracy of the transcribed telephone numbers, and not the remainder of any conversation. It is well documented that an ASR system focused on a small vocabulary set typically achieves a higher accuracy rate than one on a large vocabulary set (much less an unlimited vocabulary set like here) (Huang *et al.*, 2001), as demonstrated by the "read speech recognition" results shown in Figure 1. If an ASR system is trained to transcribe just spoken digits with a vocabulary size of 11 (with 0 pronounced as 'zero' or 'oh'), even the ASR technology in 1994 could achieve a transcription accuracy of connected digits at 99.28% with a corresponding WER of 0.24% (Chou *et al.*, 1994). This kind of tailored software is currently available from Google and Microsoft, among others (*e.g.*, https://cloud.google.com/speech-to-text). The AWS ASR product used for the CEG study did not use custom vocabulary training. I would expect that, by using customized training, any ASR product employed to transcribe a large number of recorded telephone conversations can obtain a substantially higher accuracy rate than that observed from the CEG study.

## 7.2. Speaker Diarization and Adaptation

A telephone conversation between a customer service representative and a utility consumer is a conversation between two speakers who are (almost always) strangers.  Speaker diarization is the term referring to the procedure of extracting the speech signals of the same speaker from a conversation involving multiple speakers (Tranter & Reynolds, 2006).  Processing conversational speech to extract the speech of each speaker before applying ASR can substantially improve the accuracy rate.  When an audio file with multiple speakers is separated into separate files such that the speech signals to be transcribed belong to a single speaker, one can expect a lower WER by applying what is known in the field as speaker model adaptation. Through speaker model adaptation, a speaker-independent ASR model is adapted to a speaker-dependent model that is applied to the speech data of a given talker.  My own research has demonstrated that speaker model adaptation using just one sentence from the same talker leads to around 3% WER reduction (Wang & Wang, 2016), and adaptation with more sentences results in substantially larger error reductions (Wang & Wang, 2017).  The model adaptation technique involves transforming input features and modifying the parameters of a trained ASR model using the speech data of a given speaker so as to reduce the mismatch between the training data collected from numerous speakers and the speech data of the given speaker.  Speaker diarization is included in some of the commercial transcription programs (*e.g.* offered in the publicly available testing stage of the Google transcriber).

## 7.3. ASR Model Combination

Lastly, combining ASR services in tandem is a proven technique for enhancing recognition accuracy in machine learning in general, if the errors of individual recognizers are not completely correlated.  Here correlation means the similarity of error patterns across multiple recognition

19

models. For example, if the Court were to direct the transcription of a large batch of recorded telephone conversations, one could combine the AWS transcriber with, say, the Google, Microsoft or IBM Watson transcribers. Even though these commercial ASR systems all use the deep learning methodology, they likely have different proprietary DNN model specifics and training data. Therefore, one can expect that these ASR systems would show somewhat different error patterns. As an ASR method typically outputs a probability distribution of the words in a vocabulary for a given audio input, one combination technique is to average the probability distributions of multiple transcribers (Duda *et al.*, 2001). Even this simple combination can be expected to yield a transcription result that is better than any individual transcriber for the following reason. When a transcriber makes a correct recognition, the probability of the top word choice (the recognition result) tends to be much higher than the probabilities of the second choice, the third choice, etc. On the other hand, a wrong recognition tends to be associated with relatively close probabilities of the top few choices. Hence averaging the probabilities of, say, the top 5 choices from several recognizers, would likely yield a top choice that is more correct than the top choice of each specific recognizer.

### 8. Summary of Opinions

In this report, I have provided an appraisal of automatic speech recognition technology, which has advanced dramatically since the first system was developed in 1952. The deep learning breakthrough has elevated ASR performance to the level of human speech recognition when it comes to transcribing conversational telephone speech. Although research challenges still exist for recognizing very noisy speech and overlapped speech, ASR technology is widely deployed in everyday applications. The following summarizes my conclusions.

1.  In Opinion 1, I explain that current ASR technology is able to provide reliable transcription results for many kinds of speech recordings, including conversational telephone speech – the kind of recorded speech at issue in this case.

2.  In Opinion 2, I present my quantitative analysis of the results from a pilot test of AWS transcription and phone number extraction performed by CEG, which produced an accuracy level of above 80% for telephone number transcription.

3.  In Opinion 3, I describe additional methods regularly used by experts in the field of ASR and deep learning that can further improve the transcription accuracy in a manner that would exceed the accuracy of the work performed by CEG.

_____

DeLiang Wang, Ph.D.

July 24, 2020

## 9.   References

Beskin, B*., et al.* (1996). Improvements in Switchboard recognition and topic identification. In *Proceedings of IEEE ICASSP*,  pp. I. 303-306.

Chou, W., Lee, C.-H., & Juang, B.-H. (1994). Minimum error rate training for inter-word context dependent acoustic model units in speech recogntion. In *Proceedings of ICSLP*, pp. 439-442.

Cieri, C., Miller, D., & Walker, K. (2004). The Fisher corpus: a resource for the next generations of speech-to-text. In *Proceedings of the International Conference on Language Resources and Evaluation*,  pp. 69-71.

Davis, K. H., Biddulph, R., & Balashek, B. (1952). Automatic recognition of spoken digits. *Journal of the Acoustical Society of America*, *24*, 637-642.

Duda, R. O., Hart, P. E., & Stork, D. G. (2001). *Pattern classification* (2nd ed.). New York: Wiley & Sons.

Gillick, L*., et al.* (1993). Application of large vocabulary continuous speech recognition to topic and speaker identification using telephone speech. In *Proceedings of IEEE ICASSP*, pp. II. 471-474.

Godfrey, J., Holliman, E. C., & McDaniel, J. (1992). SWITCHBOARD: Telephone speech corpus for research and development. In *Proceedings of IEEE ICASSP*,  pp. I. 517-520.

Goodfellow, I., Bengio, Y., & Courville, A. (2016). *Deep learning.* Cambridge MA: MIT Press

Hain, T., Woodland, P. C., Evermann, G., & Povey, D. (2001). New features in the CU-HTK system for transcription of conversational telephone speech. In *Proceedings of IEEE ICASSP*,  pp. I. 57-60.

Han, K. J., Hahm, S., Kim, B.-H., Kim, J., & Lane, I. (2017). Deep learning-based telephony speech recognition in the wild. In *Proceedings of Interspeech*,  pp. 1323-1327.

Haykin, S. (2009). *Neural networks and learning machines*. Upper Saddle River NJ: Pearson.

Healy, E. W., Yoho, S. E., Wang, Y., & Wang, D. L. (2013). An algorithm to improve speech recognition in noise for hearing-impaired listeners. *Journal of the Acoustical Society of America*, *134*, 3029-3038.

Hinton, G*., et al.* (2012, November). Deep neural networks for acoustic modeling in speech recognition. *IEEE Signal Processing Magazine*, pp. 82-97.

Hinton, G. E., Osindero, S., & Teh, Y.-W. (2006). A fast learning algorithm for deep belief nets. *Neural Computation*, *18*, 1527-1554.

Huang, X., Acero, A., & Hon, H.-W. (2001). *Spoken language processing: A guide to theory, algorithms, and system development.* Upper Saddle River NJ: Prentice Hall PTR.

Juang, B.-H., & Rabiner, L. R. (2005). Automatic speech recogntion - a brief history of the technology development. In K. Brown (Ed.), *Encyclopedia of Language and Linguistics*. Amterdam Netherlands: Elsevier.

Saon, G., Kuo, H. K. J., Rennie, S., & Picheny, M. (2015). The IBM 2015 English conversational telephone speech recognition system. In *Proceedings of Interspeech*, pp. 3140-3144.

Saon, G., & Picheny, M. (2017). Recent advances in conversational speech recognition using convolutional and recurrent neural networks. *IBM Journal of Research & Development*, *61*, 1:1-10.

Seide, F., Li, G., & Yu, D. (2011). Conversational speech transcription using context-dependent deep neural networks. In *Proceedings of Interspeech*, pp. 437-440.

Silver, D*., et al.* (2016). Mastering the game of Go with deep neural networks and tree search. *Nature*, *529*, 484-489.

Soltau, H*., et al.* (2005). The IBM 2004 conversational telephone system for rich transcription. In *Proceedings of IEEE ICASSP*, pp. I. 205-208.

Tranter, S. E., & Reynolds, D. A. (2006). An overview of automatic speaker diarization systems. *IEEE Transactions on Audio, Speech, and Language Processing*, *14*, 1557-1565.

Vesely, K., Ghoshal, A., Burget, L., & Povey, D. (2013). Sequence-discriminative training of deep neural networks. In *Proceedings of Interspeech*, pp. 2345-2349.

Vincent, E*., et al.* (2013). The second 'CHiME' speech separation and recognition challenge: an overview of challenge systems and outcomes. In *Proceedings of ASRU*, pp. 162–167.

Vincent, E., Watanabe, A., Nugraha, A., Barker, J., & Marxer, R. (2017). An analysis of environment, microphone and data simulation mismatches in robust speech recognition. *Computer Speech and Language*, *46*, 535-557.

Wang, D. L. (March 2017). Deep learning reinvents the hearing aid. *IEEE Spectrum*, pp. 32-37.

Wang, Y., & Wang, D. L. (2013). Towards scaling up classification-based speech separation. *IEEE Transactions on Audio, Speech, and Language Processing*, *21*, 1381-1390.

Wang, Z.-Q., & Wang, D. L. (2016). A joint training framework for robust automatic speech recognition. *IEEE/ACM Transactions on Audio, Speech, and Language Processing, 24*, 796-806.

Wang, Z.-Q., & Wang, D. L. (2017). Unsupervised speaker adaptation of batch normalized acoustic models for robust ASR. In *Proceedings of IEEE ICASSP*,  pp. 4890-4894.

Wang, Z.-Q., Wang, P., & Wang, D. L. (2020). Complex spectral mapping for single- and multi-channel speech enhancement and robust ASR. *IEEE/ACM Transactions on Audio, Speech, and Language Processing, 28*, 1778-1787.

Xiong, W.*, et al.* (2016). Achieving human parity in conversational speech recognition. In arXiv:1610.05256

Xiong, W.*, et al.* (2017). Toward human parity in conversational speech recognition. *IEEE/ACM Transactions on Audio, Speech, and Language Processing, 25*, 2410-2423.

Xiong, W.*, et al.* (2018). The Microsoft 2017 conversational speech recognition system. In *Proceedings of IEEE ICASSP*,  pp. 5934-5938.

## 10. List of Documents Reviewed and Considered

- Plaintiffs' Third Amended Class Action Complaint

- Plaintiffs' memorandum of law in support of their motion for class certification (partially redacted)

- Four Confidentiality Orders entered by the Court

- Expert Report of Anya Verkhovskaya (Exhibit 63 to the motion for class certification)

- Expert Rebuttal Report of Anya Verkhovskaya (just Opinion 5 and Ex. Q)

- Spreadsheet concerning results re: Verkhovskaya Rebuttal Opinion 5

- A sample of audio files concerning Verkhovskaya Rebuttal Opinion 5 (partially redacted)

- Portions of the Expert Report of John Taylor (paragraphs 33-38)

- Portions of transcript of John Taylor's deposition of June 10, 2020 (pp. 246-256)

- Transcript of the June 17, 2020 Court hearing

**DeLiang Wang**
Department of Computer Science and Engineering
The Ohio State University
Columbus, OH 43210-1277
Phone: (614) 292-6827; Fax: (614) 292-2911
Email: dwang@cse.ohio-state.edu
URL: "http://www.cse.ohio-state.edu/~dwang"

**Research Interests:**

Computational audition and vision, speech and audio processing, and deep learning.

**Education:**

1/88 – 8/91    **Ph.D.**, *Computer Science*, University of Southern California, Los Angeles. Dissertation Advisor: Prof. Michael Arbib.

9/83 – 7/86    **M.S.**, *Computer Science*, Beijing (Peking) University, Beijing. Thesis Advisor: Prof. Zhuoqun Xu.

9/79 – 7/83    **B.S.,** *Computer Science*, Beijing University, Beijing.

**Professional Experience:**

10/91 –    Professor (10/01 - )/Associate Professor (10/97 - 9/01)/Assistant Professor (10/91 - 9/97), Department of Computer Science & Engineering and Center for Cognitive and Brain Sciences (also Participating Faculty in Department of Biomedical Engineering), The Ohio State University, Columbus, OH.

1/15 –    Visiting Scholar, Center of Intelligent Acoustics and Immersive Communications, Northwestern Polytechnical University, Xi'an, China

10/14 – 12/14  Visiting Scholar, Starkey Hearing Technologies, Eden Prairie, MN

10/06 – 6/07   Visiting Scholar, Oticon A/S, Copenhagen, Denmark

10/98 – 9/99   Visiting Scholar, Department of Psychology, Harvard University, Cambridge, MA

Summer 1995  Visiting Research Fellow, Department of Computer Science, University of Sheffield, Sheffield, U.K.

1/88 – 8/91    Research Assistant, Department of Computer Science, University of Southern California, Los Angeles, CA.

1

Wang's CV, April 2020

Summer 1990 Visiting Scholar, Department of Neurobiology, University of Kassel, Kassel, Germany.

8/86 – 12/87  Assistant Research Fellow, Institute of Computing Technology, Academia Sinica, Beijing.

Spring 1985  Teaching Assistant, Computer Science Department, Beijing University, Beijing.

**Awards and Honors:**

National Science Foundation Research Initiation Award, 1992

Office of Naval Research Young Investigator Award, 1996
   One of 34 Young Investigators selected from 416 contenders across science and engineering disciplines for "exceptional promise for doing creative research"

OSU College of Engineering Lumley Research Award, 1996, 2000, 2005, 2010

IEEE Fellow, 2004
   "For contributions to advancing oscillatory correlation theory and its application to auditory and visual scene analysis"

IEEE Computational Intelligence Society Outstanding Paper Award, 2007
   For Paper J54 published in the 2005 *IEEE Transactions on Neural Networks*

International Neural Network Society Helmholtz Award, 2008

IEEE Distinguished Lecturer, 2010-2012

OSU Distinguished Scholar Award, 2014

Starkey Signal Processing Research Award, 2015
   For Paper C155 presented in the 2015 International Conference on Acoustics, Speech, and Signal Processing

IEEE Signal Processing Society Best Paper Award, 2019
   For Paper J109 published in the 2014 *IEEE/ACM Transactions on Audio, Speech, and Language Processing*

**Professional Services:**

Co-Editor-in-Chief: *Neural Networks* (Elsevier, 2011-)

Editorial Board Membership:

2

Wang's CV, April 2020

- *Cognitive Neurodynamics* (Springer, 2006-)
- *IEEE Transactions on Neural Networks* (1998-2006)
- *IEEE Transactions on Audio, Speech, and Language Processing* (2012-2015)
- *Neurocomputing* (Elsevier Science, 1995-2010)
- *Neural Computing & Applications* (Springer, 1997-)
- *EURASIP Journal on Audio, Speech, & Music Processing* (2006-2016)
- *Neural Networks* (Elsevier, 2009-2010)
- *Frontiers in Electrical and Electronics Engineering* (Springer, 2010-2013)
- *Cognitive Computation* (Advisory, Springer, 2012-)

Guest Editor for *Photogrammetric Engineering & Remote Sensing*, the official journal of the American Society for Photogrammetry and Remote Sensing, for a special issue on Target Recognition (1999).

Editorial Advisory Board Membership: *Handbook of Brain Theory and Neural Networks*, 2nd Ed., 2003, MIT Press.

Guest Co-Editor for *Neural Networks* Special Issue on Progress in Neural Network Research, 2003.

Guest Editor for *IEEE Transactions on Neural Networks* Special Issue on Temporal Coding for Neural Information Processing, 2004.

Organizer: *International Neural Network Society Special Interest Group on Neurodynamics and Chaos* (1994-1996).

Co-Chair: Working Group III/5: "Remote sensing and vision theories for automatic scene interpretation" of the *International Society for Photogrammetry and Remote Sensing* (1996-2000).

Chair: *IEEE Computational Intelligence Society Neural Networks Technical Committee* (2004).

President: *International Neural Network Society* (2006).

Member: *Governing Board of the International Neural Network Society* (2003-2005; 2008-2013; 2020-2022); *IEEE Computational Intelligence Society Fellows Committee* (2008-2009); *IEEE Computational Intelligence Society Neural Networks Technical Committee* (2005-2006, 2012-2018); *IEEE Neural Network Society Neural Networks Technical Committee* (2000-2003); *IEEE Signal Processing Society Machine Learning for Signal Processing Technical Committee* (2002-2004); *IEEE Signal Processing Society Speech and Language Processing Technical Committee* (2009-2011); *International Neural Network Society Executive Committee* (2019-2020)

Co-Chair: *NIPS Workshop on Connectionist Modelling of Auditory Scene Analysis* (Dec. 1996).

Organizer: *USC Symposium on Computational and Cognitive Neuroscience* (Aug. 2000).

Organizer: *AFOSR-OSU Workshop on Computational Audition* (Aug. 2002).

Program Co-Chair: *International Joint Conference on Neural Networks* (July 2003).

Program Co-Chair: *International Conference on Neural Information Processing* (Oct. 2006).

Co-Organizer: *NSF Workshop on Perspectives on Speech Separation* (Oct. 2003).

Co-Organizer: *AFOSR-NSF Workshop on Speech Separation and Comprehension in Complex Acoustic Environments by Humans and Machines* (Nov. 2004).

Tutorials Chair: *World Congress on Computational Intelligence* (July 2006).

General Co-Chair: *International Conference on Intelligent Computing* (Aug. 2011).

Program/Advisory Committee Member:
- *AAAI Conference on Artificial Intelligence (2019)*
- *Annual Conference of the Cognitive Science Society (2006, 2008)*
- *CVPR Workshop on Computer Vision for the Nano-Scale (2003)*
- *IEEE ChinaSIP (2014)*
- *IEEE International Conference on Acoustics, Speech, and Signal Processing (2003-2005, 2008-2012, 2015-2016)*
- *IEEE International Conference on Cognitive Informatics (2006-2011)*
- *IEEE Workshop on Applications of Signal Processing to Audio and Acoustics (2017)*
- *IEEE Workshop on Machine Learning for Signal Processing (2004-2011)*
- *IEEE Workshop on Neural Networks for Signal Processing (2003)*
- *IFIP World Computer Congress: Intelligent Information Processing (2000)*
- *International Conference for Young Computer Scientists (1993, 1995)*
- *International Conference on Artificial Intelligence and Information Processing (2004)*
- *International Conference on Artificial Intelligence and Soft Computing (2008, 2010)*
- *International Conference on Independent Component Analysis and Blind Source Separation (2006, 2007, 2009)*
- *International Conference on Cognitive Neurodynamics (2007, 2009, 2011, 2013)*
- *International Conference on Intelligent Computing (2005-2007)*
- *International Conference on Latent Variable Analysis and Signal Separation (2015, 2017)*
- *International Conference on Neural Information Processing (1995, 1997, 2000, 2016, 2017)*
- *International Conference on Neural Networks and Associative Memory (2006- 2007)*
- *International Conference on Neural Networks and Brain (1998)*
- *International Conference on Soft Computing and Machine Intelligence (2014-2015)*
- *International Joint Conference on Artificial Intelligence (2020)*
- *International Joint Conference on Neural Networks (1999-2002, 2005, 2007-2011, 2013-2016, 2019)*
- *International Symposium on Neural Networks (2005, 2006, 2009)*

4

- *ISCA Workshop on Statistical and Perceptual Audio Processing (2004, 2006)*
- *ISPRS Symposium on Object Recognition and Scene Classification from Multispectral and Multisensor Pixels (1998)*
- *Midwest Artificial Intelligence and Cognitive Science Conference (1996)*
- *REVERB Workshop (2014)*
- *Symposium on Computation and Cognitive Neuroscience (2020)*
- *Workshop on Auditory Attention and Scene Analysis (2014)*
- *World Congress on Neural Networks (1995)*

- Journal Reviewer: *AI Magazine*; *Acta Acustica united with Acustica*; *Applied Acoustics*; *Biological Cybernetics*; *Cognitive Neurodynamics; Computer Speech and Language; Digital Signal Processing; EURASIP Journal on Audio, Speech, & Music Processing; Europhysics*; *Hearing Research*; *IEE Electronics Letters; IEEE Computer; IEEE Intelligent Systems Magazine; IEEE Journal of Selected Topics in Signal Processing; IEEE Signal Processing Letters; IEEE Trans. on Biomedical Engineering; IEEE Trans. on Neural Networks; IEEE Trans. on Signal Processing; IEEE/ACM Trans. on Audio, Speech, & Language Processing (formerly IEEE Trans. on Speech and Audio Processing); IEEE Trans. on Signal Processing; IEEE Trans. on Systems, Man, and Cybernetics; International Journal of Artificial Intelligence and Pattern Recognition; International Journal of Bifurcation and Chaos; International Journal of Neural Systems; JASA Express Letters; Journal of Machine Learning Research; Journal of Physics: A; Journal of Signal Processing Systems; Network; Journal of Speech Language & Hearing Research; Journal of the Acoustical Society of America; Neural Networks; Neural Computation; Neurocomputing; Pattern Recognition Letters; Photogrammetric Engineering & Remote Sensing (PE & RS); Physica D; Physical Review Letters; PLOS Computational Biology; Science Advances; Sensors; Signal Processing; Signal Processing Magazine; Speech Communication.*

- Conference Reviewer: *Conference of the Cognitive Science Society; Conference on Neural Information Processing Systems; IEEE International Conference on Acoustics, Speech, and Signal Processing; IEEE International Conference on Cognitive Informatics; IEEE International Conference on Neural Networks; IEEE Workshop on Applications of Signal Processing to Audio and Acoustics; IEEE Workshop on Machine Learning for Signal Processing; IEEE Workshop on Neural Networks for Signal Processing; IEEE Workshop on Statistical Signal Processing; ICSA Workshop on Statistical and Perceptual Audition; International Conference on Independent Component Analysis and Blind Source Separation; International Conference on Latent Variable Analysis and Signal Separation; International Joint Conference on Artificial Intelligence; International Joint Conference on Neural Networks; International Conference for Young Computer Scientists; International Conference on Pattern Recognition; International Conference on Robotics and Automation; ISPRS Symposium on Object Recognition and Scene Classification from Multispectral and Multisensor Pixels; Midwest Artificial Intelligence and Cognitive Science Conference; Midwest Cognitive Science Conference; World Congress on Neural Networks;* REVERB *Workshop.*

5

Wang's CV, April 2020

Book Reviewer: *Cambridge University Press, De Gruyter, Kluwer Academic Publishers*, *MIT Press, Springer, Wiley*

- Proposal Reviewer: *Air Force Office of Scientific Research*, *Canadian Foundation for Innovation, Danish Council for Independent Research*, *King Fahd University (Saudi Arabia), Leverhulme Trust Early Career Fellowship*, *Mathematics of Information Technology and Complex Systems (Canada)*, *National Research Foundation of Korea*, *National Science Foundation*, *Natural Sciences and Engineering Research Council of Canada, Human Frontier Research Program (Japan)*, *National Science Foundation*, *Ohio Supercomputer Center*, *Oversea Review Board of the Chinese Academy of Sciences, Research Foundation of Belgium, Science Foundation Ireland, Qatar National Research Fund.*

Panelist: *National Science Foundation* ITR Program; *National Science Foundation* Career Award Program; *National Science Foundation* POWRE Program; *Canadian Foundation for Innovation*; *Ohio Supercomputer Center*

**Professional Membership:**

International Neural Network Society (Senior Member), IEEE Computational Intelligence Society, IEEE Signal Processing Society, and IEEE (Fellow).

**Doctoral Students Advised:**

Name, Dissertation title, Date completed

Shannon R. Campbell, "Synchrony and desynchrony in neural oscillators," Summer 1997.

Soowon Kim, "Computational architecture for the detection and segmentation of coherent motion," Summer 1997.

Erdogan Cesmeli, "Texture- and motion-based image segmentation using oscillatory correlation," Spring 1999.

André van der Kouwe, "Multimodality electrophysiological monitoring in the neurointensive care unit," Summer 1999.

Xiuwen Liu, "Computational investigation of feature extraction and image organization," Autumn 1999.

Mingyang Wu, "Pitch tracking and speech enhancement in noisy and reverberant environments," Autumn 2003.

6

Wang's CV, April 2020

Nicoleta Roman, "Auditory-based algorithms for sound segregation in multisource and reverberant environments," Summer 2005.

Guoning Hu, "Monaural speech organization and segregation," Spring 2006.

Soundar Srinivasan, "Integrating computational auditory scene analysis and automatic speech recognition," Autumn 2006.

Yang Shao, "Sequential organization in computational auditory scene analysis," Autumn 2007.

Yipeng Li, "Monaural musical sound separation," Spring 2008.

Zhaozhang Jin, "Monaural speech segregation in reverberant environments," Summer 2010.

John Woodruff, "Integrating monaural and binaural cues for sound localization and segregation in reverberant environments," Spring 2012.

Ke Hu, "Speech segregation in background noise and competing speech," Summer 2012.

Jiangye Yuan, "Remote sensing image segmentation and object extraction based on spectral and texture information," Summer 2012.

Arun Narayanan, "Computational auditory scene analysis and robust automatic speech recognition," Summer 2014.

Xiaojia Zhao, "CASA-based robust speaker identification," Summer 2014.

Kun Han, "Supervised speech separation and processing," Autumn 2014.

Yuxuan Wang, "Supervised speech separation using deep neural networks," Spring 2015.

Donald Williamson, "Deep learning methods for improving the perceptual quality of noisy and reverberant speech," Spring 2016.

Jitong Chen, "On generalization of supervised speech separation," Spring 2017.

Masood Delfarah, "Deep learning methods for speaker separation in reverberant conditions," Summer 2019.

Yuzhou Liu, "Deep CASA for robust pitch tracking and speaker separation," Summer 2019.

Zhong-Qiu Wang, "Deep learning based array processing for speech separation, localization, and recognition," Spring 2020.

Yan Zhao, "Deep learning methods for reverberant and noisy speech enhancement," Spring 2020.

7

**Master Thesis Students Advised:**

Name, Thesis title, Date completed

Xiaomei Liu, "Temporal generalization of simple recurrent networks," 1995.

Yusaku Sako, "Systems for automatic seed vigor assessment and seed classification," 2000.

Peter Chang, "Exploration of behavioral, physiological, and computational approaches to auditory scene analysis," 2004.

Jiangye Yuan, "LEGION based segmentation and road extraction," 2009

Wang's CV, April 2020

**Publications:**

**Journal Articles**

J1. Wang D.L. (1986): "A neuron model based on information processing of the nervous system," *Cognitive Science* (in Chinese), January 1986, pp. 81-88.

J2. Wang D.L. and Hsu C.C. (1988): "A neuron model for computer simulation of neural networks," *Acta Automatica Sinica* (both in Chinese and in English), vol. 14, pp. 424-430.

J3. Hsu C.C. and Wang D.L. (1988): "SLONN: A simulation language for neural networks and its implementation," *Journal of Computers* (in Chinese), vol. 11, pp. 741-749.

J4. Wang D.L., Buhmann J., and von der Malsburg C. (1990): "Pattern segmentation in associative memory," *Neural Computation*, vol. 2, pp. 94-106. Also reprinted as B4.

J5. Wang D.L. and Hsu C.C. (1990): "SLONN: A simulation language for modeling of neural networks," *Simulation*, vol. 55, pp. 69-83.

J6. Wang D.L. and Arbib M.A. (1990): "Complex temporal sequence learning based on short-term memory," *Proceedings of the IEEE*, vol. 78, pp. 1536-1543.

J7. Wang D.L. and Arbib M.A. (1991): "How does the toad's visual system discriminate different worm-like stimuli?" *Biological Cybernetics*, vol. 64, pp. 251-261.

J8. Wang D.L. and Ewert J.-P. (1992): "Configurational pattern discrimination responsible for dishabituation in common toads *Bufo bufo* (L.): behavioral tests of the predictions of a neural model," *Journal of Comparative Physiology A*, vol. 170, pp. 317-325.

J9. Wang D.L. and Arbib M.A. (1992): "Modeling the dishabituation hierarchy in toads: the role of the primordial hippocampus," *Biological Cybernetics*, vol. 67, pp. 535-544.

J10. Wang D.L. (August 1993): "Pattern recognition: Neural networks in perspective," *IEEE Expert*, vol. 8, pp. 52-60.

J11. Wang D.L. and Arbib M.A. (1993): "Timing and chunking in processing temporal order," *IEEE Transactions on Systems, Man, and Cybernetics,* vol. 23, pp. 993-1009.

J12. Wang D.L. (1993): "A neural model of synaptic plasticity underlying short-term and long-term habituation," *Adaptive Behavior*, vol. 2, pp. 111-129.

J13. Wang D.L. (1994): "Modeling neural mechanisms of vertebrate habituation: Locus specificity and pattern discrimination," *Journal of Computational Neuroscience*, vol. 1, pp. 285-299.

J14. Wang D.L. and Terman D. (1995): "Locally excitatory globally inhibitory oscillator networks," *IEEE Transactions on Neural Networks*, vol. 6(1), pp. 283-286.

9

J15. Wang D.L. and Yuwono B. (1995): "Anticipation-based temporal pattern generation," *IEEE Transactions on Systems, Man, and Cybernetics*, vol. 25, pp. 615-628.

J16. Terman D. and Wang D.L. (1995): "Global competition and local cooperation in a network of neural oscillators," *Physica D*, vol. 81, pp. 148-176.

J17. Wang D.L. (1995): "Emergent synchrony in locally coupled neural oscillators," *IEEE Transactions on Neural Networks*, vol. 6, pp. 941-948.

J18. Campbell S.R. and Wang D.L. (1996): "Synchrony and desynchrony in a network of Wilson-Cowan oscillators," *IEEE Transactions on Neural Networks*, vol. 7, pp. 541-554.

J19. Wang D.L. (1996): "Primitive auditory segregation based on oscillatory correlation," *Cognitive Science*, vol. 20, pp. 409-456.

J20. Wang D.L., Liu, X.M., and Ahalt, S.C. (1996): "On temporal generalization of simple recurrent networks," *Neural Networks*, vol. 9, pp. 1099-1118.

J21. Wang D.L. and Yuwono B. (1996): "Incremental learning of complex temporal patterns," *IEEE Transactions on Neural Networks*, vol. 7, pp. 1465-1481.

J22. Wang D.L. and Terman D. (1997): "Image segmentation based on oscillatory correlation," *Neural Computation*, vol. 9, pp. 805-836 (For errata see *Neural Computation*, vol. 9, pp. 1623-1626, 1997).

J23. Brown G.J. and Wang D.L. (1997): "Modelling the perceptual segregation of double vowels with a network of neural oscillators," *Neural Networks*, vol. 10, 1547-1558.

J24. Campbell S.R. and Wang D.L. (1998): "Relaxation oscillators with time delay coupling," *Physica D*, vol. 111, pp. 151-178.

J25. Linsay P.S. and Wang D.L. (1998): "Fast numerical integration of relaxation oscillator networks based on singular limit solutions," *IEEE Transactions on Neural Networks*, vol. 9, pp. 523-532.

J26. Shareef N., Wang D.L., and Yagel R. (1999): "Segmentation of medical images using LEGION," *IEEE Transactions on Medical Imaging*, vol. 18, pp. 74-91.

J27. Liu X. and Wang D.L. (1999): "Range image segmentation using a relaxation oscillator network," *IEEE Transactions on Neural Networks*, vol. 10, pp. 564-573.

J28. Wang D.L. and Brown G.J. (1999): "Separation of speech from interfering sounds based on oscillatory correlation," *IEEE Transactions on Neural Networks*, vol. 10, pp. 684-697.

J29. Wang D.L. (1999): "Object selection based on oscillatory correlation," *Neural Networks*, vol. 12, pp. 579-592.

J30. Campbell S.R., Wang D.L., and Jayaprakash C. (1999): "Synchrony and desynchrony in integrate-and-fire oscillators," *Neural Computation*, vol. 11, pp. 1595-1619.

J31. Liu X., Wang D.L., and Ramirez J.R. (2000): "Boundary detection by contextual nonlinear smoothing," *Pattern Recognition*, vol. 33, pp. 263-280.

J32. Wang D.L. (2000): "On connectedness: a solution based on oscillatory correlation," *Neural Computation*, vol. 12, pp. 131-139.

J33. Cesmeli E. and Wang D.L. (2000): "Motion segmentation based on motion/brightness integration and oscillatory correlation," *IEEE Transactions on Neural Networks*, vol. 11, pp. 935-947.

J34. Chen K., Wang D.L., and Liu X. (2000): "Weight adaptation and oscillatory correlation for image segmentation," *IEEE Transactions on Neural Networks*, vol. 11, pp. 1106-1123.

J35. Liu X., Chen K., and Wang D.L. (2001): "Extraction of hydrographic regions from remote sensing images using an oscillator network with weight adaptation," *IEEE Transactions on GeoScience and Remote Sensing*, vol. 39, pp. 207-211.

J36. Van der Kouwe A.J.W., Wang D.L., and Brown G.J. (2001): "A comparison of auditory and blind separation techniques for speech segregation," *IEEE Transactions on Speech and Audio Processing*, vol. 9, pp. 189-195.

J37. Fox J.J., Jayaprakash C., Wang D.L., and Campbell S.R. (2001): "Synchronization in relaxation oscillator networks with conduction delays," *Neural Computation*, vol. 13, pp. 1003-1021.

J38. Cesmeli E. and Wang D.L. (2001): "Texture segmentation using Gaussian Markov random fields and neural oscillator networks," *IEEE Transactions on Neural Networks*, vol. 12, pp. 394-404.

J39. Chen K. and Wang D.L. (2001): "Perceiving geometric patterns: from spirals to inside/outside relations," *IEEE Transactions on Neural Networks*, vol. 12, pp. 1084-1102.

J40. Wang D.L. and Liu X. (2002): "Scene analysis by integrating primitive segmentation and associative memory," *IEEE Transactions on Systems, Man, and Cybernetics*, *Part B: Cybernetics*, vol. 32, pp. 254-268.

J41. Chen K. and Wang D.L. (2002): "A dynamically coupled neural oscillator network for image segmentation," *Neural Networks*, vol. 15, pp. 423-439.

J42. Kristjansson A., Wang D.L., and Nakayama K. (2002): "The role of priming in conjunctive visual search," *Cognition*, vol. 85, pp. 37-52.

J43. Liu X. and Wang D.L. (2002): "A spectral histogram model for texton modeling and

11

Wang's CV, April 2020

texture discrimination," *Vision Research*, vol. 42, pp. 2617-2634.

J44. Cesmeli E., Lindsey D.T., and Wang D.L. (2002): "An oscillatory correlation model of visual motion analysis," *Perception & Psychophysics*, vol. 64, pp. 1191-1217.

J45. Wu M., Wang D.L., and Brown G.J. (2003): "A multi-pitch tracking algorithm for noisy speech," *IEEE Transactions on Speech and Audio Processing*, vol. 11, pp. 229-241.

J46. Liu X. and Wang D.L. (2003): "Texture classification using spectral histograms," *IEEE Transactions on Image Processing*, vol. 12, pp. 661-670.

J47. Liu X., Srivastava A., and Wang D.L. (2003): "Intrinsic generalization analysis of low dimensional representations," *Neural Networks*, vol. 16, pp. 537-545.

J48. Roman N., Wang D.L., Brown G.J. (2003): "Speech segregation based on sound localization," *Journal of the Acoustical Society of America*, vol. 114, pp. 2236-2252.

J49. Hu G. and Wang D.L. (2004): "Monaural speech segregation based on pitch tracking and amplitude modulation," *IEEE Transactions on Neural Networks*, vol. 15, pp. 1135-1150.

J50. Campbell S.R. and Wang D.L. (2004): "Synchronization rates in classes of relaxation oscillators," *IEEE Transactions on Neural Networks*, vol. 15, pp. 1027-1038.

J51. Palomäki K.J., Brown G.J., and Wang D.L. (2004): "A binaural processor for missing data speech recognition in the presence of noise and small-room reverberation," *Speech Communication*, vol. 43, pp. 361-378.

J52. Srinivasan S. and Wang D.L. (2005): "A schema-based model for phonemic restoration," *Speech Communication*, vol. 45, pp. 63-87.

J53. Wang D.L., Kristjansson A., and Nakayama K. (2005): "Efficient visual search without top-down or bottom-up guidance," *Perception & Psychophysics*, vol. 67, pp. 239-253.

J54. Wang D.L. (2005): "The time dimension for scene analysis," *IEEE Transactions on Neural Networks*, vol. 16, pp. 1401-1426.

J55. Shao Y. and Wang D.L. (2006): "Model-based sequential organization in cochannel speech," *IEEE Transactions on Audio, Speech, & Language Processing*, vol. 14, pp. 289-298.

J56. Wu M. and Wang D.L. (2006): "A two-stage algorithm for one-microphone reverberant speech enhancement," *IEEE Transactions on Audio, Speech, & Language Processing*, vol. 14, pp. 774-784.

J57. Wu M. and Wang D.L. (2006): "A pitch-based method for the estimation of short reverberation time," *Acta Acustica united with Acustica*, vol. 92, pp. 337-339.

12

Wang's CV, April 2020

J58. Liu X. and Wang D.L. (2006): "Image and texture segmentation using local spectral histograms," *IEEE Transactions on Image Processing*, vol. 15, pp. 3066-3077.

J59. Srinivasan S., Roman N., and Wang D.L. (2006): "Binary and ratio time-frequency masks for robust speech recognition," *Speech Communication*, vol. 48, pp. 1486-1501.

J60. Brungart D.S., Chang P.S., Simpson B.D., and Wang D.L. (2006): "Isolating the energetic component of speech-on-speech masking with ideal time-frequency segregation," *Journal of the Acoustical Society of America*, vol. 120, pp. 4007-4018.

J60. Roman N. and Wang D.L. (2006): "Pitch-based monaural segregation of reverberant speech," *Journal of the Acoustical Society of America*, vol. 120, pp. 4040-4051.

J61. Hu G. and Wang D.L. (2007): "Auditory segmentation based on onset and offset analysis," *IEEE Transactions on Audio, Speech, & Language Processing*, vol. 15, pp. 396-405.

J62. Li Y. and Wang D.L. (2007): "Separation of singing voice from music accompaniment for monaural recordings," *IEEE Transactions on Audio, Speech, and Language Processing*, pp. 1475-1487.

J63. Srinivasan S. and Wang D.L. (2007): "Transforming binary uncertainties for robust speech recognition," *IEEE Transactions on Audio, Speech, and Language Processing*, vol. 15, pp. 2130-2140.

J64. Pedersen M.S., Wang D.L., Larsen J., and Kjems U. (2008): "Two-microphone separation of speech mixtures," *IEEE Transactions on Neural Networks*, vol. 19, pp. 475-492.

J65. Wang D.L. and Chang P.S. (2008): "An oscillatory correlation model of auditory streaming," *Cognitive Neurodynamics*, vol. 2, pp. 7-19.

J66. Roman N. and Wang D.L. (2008): "Binaural tracking of multiple moving sources," *IEEE Transactions on Audio, Speech, and Language Processing*, vol. 16, pp. 728-739.

J67. Hu G. and Wang D.L. (2008): "Segregation of unvoiced speech from nonspeech interference," *Journal of the Acoustical Society of America*, vol. 124, pp. 1306-1319.

J68. Wang D.L., Kjems U., Pedersen M.S., Boldt J.B., and Lunner T. (2008): "Speech perception of noise with binary gains," *Journal of the Acoustical Society of America*, vol. 124, pp. 2303-2307.

J69. Srinivasan S. and Wang D.L. (2008): "A model for multitalker speech perception," *Journal of the Acoustical Society of America*, vol. 124, pp. 3213-3224.

J70. Wang D.L. (2008): "Time-frequency masking for speech separation and its potential for hearing aid design," *Trends in Amplification*, vol. 12, pp. 332-353.

13

J71. Li Y. and Wang D.L. (2009): "On the optimality of ideal binary time-frequency masks," *Speech Communication*, vol. 51, pp. 230-239.

J72. Jin Z. and Wang D.L. (2009): "A supervised learning approach to monaural segregation of reverberant speech," *IEEE Transactions on Audio, Speech, and Language Processing*, vol. 17, pp. 625-638.

J73. Wang D.L., Kjems U., Pedersen M.S., Boldt J.B., and Lunner T. (2009): "Speech intelligibility in background noise with ideal binary time-frequency masking," *Journal of the Acoustical Society of America*, vol. 125, pp. 2336-2347.

J74. Li Y. and Wang D.L. (2009): "Musical sound separation based on binary time-frequency masking," *EURASIP Journal on Audio, Speech, and Music Processing*, vol. 2009, Article ID 130567, 10 pages.

J75. Li Y., Woodruff J., and Wang D.L. (2009): "Monaural musical sound separation based on pitch and common amplitude modulation," *IEEE Transactions on Audio, Speech, and Language Processing*, vol. 17, pp. 1361-1371.

J76. Brungart D.S., Chang P.S., Simpson B.D., and Wang D.L. (2009): "Multitalker speech perception with ideal time-frequency segregation: Effects of voice characteristics and speaker number" *Journal of the Acoustical Society of America*, vol. 125, pp. 4006-4022.

J77. Shao Y. and Wang D.L. (2009): "Sequential organization of speech in computational auditory scene analysis," *Speech Communication*, vol. 51, pp. 657-667.

J78. Kjems U., Boldt J.B., Pedersen M.S., Lunner T., and Wang D.L. (2009): "Role of mask pattern in intelligibility of ideal binary-masked noisy speech," *Journal of the Acoustical Society of America*, vol. 126, pp. 1415-1426.

J79. Shao Y., Srinivasan S., Jin Z., and Wang D.L. (2010): "A computational auditory scene analysis system for speech segregation and robust speech recognition," *Computer Speech and Language*, vol. 24, pp. 77-93.

J80. Srinivasan S. and Wang D.L. (2010): "Robust speech recognition by integrating speech separation and hypothesis testing," *Speech Communication,* vol. 52, pp. 72-81.

J81. Woodruff J. and Wang D.L. (2010): "Sequential organization of speech in reverberant environments by integrating monaural grouping and binaural localization," *IEEE Transactions on Audio, Speech, and Language Processing*, vol. 18, pp. 1856-1866.

J82. Narayanan A. and Wang D.L. (2010): "Robust speech recognition from binary masks," *Journal of the Acoustical Society of America Express Letters*, vol. 128, pp. EL217-222.

J83. Hu G. and Wang D.L. (2010): "A tandem algorithm for pitch estimation and voiced speech segregation," *IEEE Transactions on Audio, Speech, and Language Processing*, vol.

14

18, pp. 2067-2079.

J84. Quiles M.G., Wang D.L., Zhao L., Romero R.A.F., and Huang D.-S. (2011): "Selecting salient objects in real scenes: An oscillatory correlation model," *Neural Networks*, vol. 24, pp. 54-64.

J85. Jan T., Wang W., Wang D.L. (2011): "A multistage approach to blind separation of convolutive speech mixtures," *Speech Communication*, vol. 53, pp. 524-539.

J86. Jin Z. and Wang D.L. (2011): "HMM-based multipitch tracking for noisy and reverberant speech," *IEEE Transactions on Audio, Speech, and Language Processing*, vol. 19, pp. 1091-1102.

J87. Hu K. and Wang D.L. (2011): "Unvoiced speech segregation from nonspeech interference via CASA and spectral subtraction," *IEEE Transactions on Audio, Speech, and Language Processing*, vol. 19, pp. 1600-1609.

J88. Jin Z. and Wang D.L. (2011): "Reverberant speech segregation based on multipitch tracking and classification," *IEEE Transactions on Audio, Speech, and Language Processing*, vol. 19, pp. 2328-2337.

J89. Yuan J., Wang D.L., Wu B., Yan L., and Li R. (2011): "LEGION-based automatic road extraction from satellite imagery," *IEEE Transactions on Geoscience and Remote Sensing*, vol. 49, pp. 4528-4538.

J90. Yuan J., Wang D.L., and Li R. (2012): "Image segmentation using local spectral histograms and linear regression," *Pattern Recognition Letters*, vol. 33, pp. 615-622.

J91. Hsu C.-L., Wang D.L., and Jang J.-S.R., Hu K. (2012): "A tandem algorithm for singing pitch extraction and voice separation from music accompaniment," *IEEE Transactions on Audio, Speech, and Language Processing*, vol. 20, pp. 1482-1491.

J92. Woodruff J. and Wang D.L. (2012): "Binaural localization of multiple sources in reverberant and noisy environments," *IEEE Transactions on Audio, Speech, and Language Processing*, vol. 20, pp. 1503-1512.

J93. Zhao X., Shao Y. and Wang D.L. (2012): "CASA-based robust speaker identification," *IEEE Transactions on Audio, Speech, and Language Processing*, vol. 20, pp. 1608-1616.

J94. Narayanan A. and Wang D.L. (2012): "A CASA based system for long-term SNR estimation," *IEEE Transactions on Audio, Speech, and Language Processing*, vol. 20, pp. 2518-2527.

J95. Han K. and Wang D.L. (2012): "A classification based approach to speech segregation," *Journal of the Acoustical Society of America*, vol. 132, pp. 3475-3483.

J96. Hu K. and Wang D.L. (2013): "An unsupervised approach to cochannel speech

15

separation," *IEEE Transactions on Audio, Speech, and Language Processing*, vol. 21, pp. 120-129.

J97. Han K. and Wang D.L. (2013): "Towards generalizing classification based speech separation," *IEEE Transactions on Audio, Speech, and Language Processing*, pp. 166-175.

J98. Wang Y., Han K., and Wang D.L. (2013): "Exploring monaural features for classification-based speech segregation," *IEEE Transactions on Audio, Speech, and Language Processing*, vol. 21, pp. 270-279.

J99. Woodruff J. and Wang D.L. (2013): "Binaural detection, localization, and segregation in reverberant environments based on joint pitch and azimuth cues," *IEEE Transactions on Audio, Speech, and Language Processing*, vol. 21, pp. 806-815.

J100. Wang Y. and Wang D.L. (2013): "Towards scaling up classification-based speech separation," *IEEE Transactions on Audio, Speech, and Language Processing*, vol. 21, pp. 1381-1390.

J101. Narayanan A. and Wang D.L. (2013): "The role of binary mask patterns in automatic speech recognition in background noise," *Journal of the Acoustical Society of America*, vol. 133, pp. 3083-3093.

J102. Hu K. and Wang D.L. (2013): "An iterative model-based approach to cochannel speech separation," *EURASIP Journal on Audio, Speech, and Music Processing*, vol. 2013, Article ID 2013-14, 11 pages.

J103. Healy E.W., Yoho S.E., Wang Y., and Wang D.L. (2013): "An algorithm to improve speech recognition in noise for hearing-impaired listeners," *Journal of the Acoustical Society of America*, vol. 134, pp. 3029-3038.

J104. Hartmann W., Narayanan A., Fosler-Lussier E., and Wang D.L. (2013): "A direct masking approach to robust ASR," *IEEE Transactions on Audio, Speech, and Language Processing*, vol. 21, pp. 1993-2005.

J105. Yuan J., Wang D.L., and Li R. (2014): "Remote sensing image segmentation by combining spectral and texture features," *IEEE Transactions on Geoscience and Remote Sensing*, vol. 52, pp. 16-24.

J106. Narayanan A. and Wang D.L. (2014): "Investigation of speech separation as a front-end for noise robust speech recognition," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 22, pp. 826-835.

J107. Zhao X., Wang Y., and Wang D.L. (2014): "Robust speaker identification in noisy and reverberant conditions," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 22, pp. 836-845.

J108. Williamson D.S., Wang Y., and Wang D.L. (2014): "Reconstruction techniques for

improving the perceptual quality of binary masked speech," *Journal of the Acoustical Society of America*, vol. 136, pp. 892-902.

J109. Wang Y., Narayanan A. and Wang D.L. (2014): "On training targets for supervised speech separation," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 22, pp. 1849-1858.

J110. Chen J., Wang Y., and Wang D.L. (2014): "A feature study for classification-based speech separation at low signal-to-noise ratios," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 22, pp. 1993-2002.

J111. Jiang Y., Wang D.L., Liu R.S., Feng Z.M. (2014): "Binaural classification for reverberant speech segregation using deep neural networks," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 22, pp. 2112-2121.

J112. Han K. and Wang D.L. (2014): "Neural network based pitch tracking in very noisy speech," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 22, pp. 2158-2168.

J113. Healy E.W., Yoho S.E., Wang Y., Apoux F., and Wang D.L. (2014): "Speech cue transmission by an algorithm to increase consonant recognition in noise for hearing-impaired listeners," *Journal of the Acoustical Society of America*, vol. 136, pp. 3325-3336.

J114. Narayanan A. and Wang D.L. (2015): "Improving robustness of deep neural network acoustic models via speech separation and joint adaptive training," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 23, pp. 92-101.

J115. Han K., Wang Y., Wang D.L., Woods W.S., Merks I., and Zhang T. (2015): "Learning spectral mapping for speech dereverberation and denoising," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 23, pp. 982-992.

J116. Yuan J., Wang D.L., and Cheriyadat A.M. (2015): "Factorization-based texture segmentation," *IEEE Transactions on Image Processing*, vol. 24, pp. 3488-3497.

J117. Zhao X., Wang Y., and Wang D.L. (2015): "Cochannel speaker identification in anechoic and reverberant conditions," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 23, pp. 1727-1736.

J118. Williamson D.S., Wang Y., and Wang D.L. (2015): "Estimating nonnegative matrix model activations with deep neural networks to increase perceptual speech quality," *Journal of the Acoustical Society of America*, vol. 138, pp. 1399-1407.

J119. Healy E.W., Yoho S.E., Chen J., Wang Y., and Wang D.L. (2015): "An algorithm to increase speech intelligibility for hearing-impaired listeners in novel segments of the same noise type," *Journal of the Acoustical Society of America*, vol. 138, pp. 1660-1669.

J120. Zhang X.-L. and Wang D.L. (2016): "Boosting contextual information for deep neural

17

network based voice activity detection," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 24, pp. 252-264.

J121. Chen J., Wang Y., and Wang D.L. (2016): "Noise perturbation for supervised speech separation," *Speech Communication*, vol. 78, pp. 1-10.

J122. Williamson D.S., Wang Y., and Wang D.L. (2016): "Complex ratio masking for monaural speech separation," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 24, pp. 483-492.

J123. Wang Z.-Q. and Wang D.L. (2016): "A joint training framework for robust automatic speech recognition," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 24, pp. 796-806.

J124. Zhang X.-L. and Wang D.L. (2016): "A deep ensemble learning method for monaural speech separation," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 24, pp. 967-977.

J125. Chen J., Wang Y., Yoho S.E., Wang D.L., and Healy E.W. (2016): "Large-scale training to increase speech intelligibility for hearing-impaired listeners in novel noises," *Journal of the Acoustical Society of America*, vol. 139, pp. 2604-2612.

J126. Liu Y. and Wang D.L. (2017): "Speaker-dependent multipitch tracking using deep neural networks," *Journal of the Acoustical Society of America*, vol. 141, pp. 710-721.

J127. Wang D.L. (March 2017): "Deep learning reinvents the hearing aid," *IEEE Spectrum*, pp. 32-37 (cover story).

J128. Zhang X. and Wang D.L. (2017): "Deep learning based binaural speech separation in reverberant environments," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 25, pp. 1075-1084.

J129. Delfarah M. and Wang D.L. (2017): "Features for masking-based monaural speech separation in reverberant conditions," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 25, pp. 1085-1094.

J130. Healy E.W., Delfarah M., Vasko J.L., Carter B.L., and Wang D.L. (2017): "An algorithm to increase intelligibility for hearing-impaired listeners in the presence of a competing talker," *Journal of the Acoustical Society of America*, vol. 141, pp. 4230-4239.

J131. Mayer F., Williamson D.S., Mowlaee P., and Wang D.L. (2017): "Impact of phase estimation on single-channel speech separation based on time-frequency masking," *Journal of the Acoustical Society of America*, vol. 141, pp. 4668-4679.

J132. Chen J. and Wang D.L. (2017): "Long short-term memory for speaker generalization in supervised speech separation," *Journal of the Acoustical Society of America*, vol. 141, pp. 4705-4714.

18

J133. Williamson D.S. and Wang D.L. (2017): "Time-frequency masking in the complex domain for speech dereverberation and denoising," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 25, pp. 1492-1501.

J134. Chen J. and Wang D.L. (2018): "Supervised speech separation based on deep learning: An overview," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 26, pp. 1702-1726.

J135. Zhao Y., Wang D.L., Johnson E.M, and Healy E.W. (2018): "A deep learning based segregation algorithm to increase speech intelligibility for hearing-impaired listeners in reverberant-noisy conditions," *Journal of the Acoustical Society of America*, vol. 144, pp. 1627-1637.

J136. Zhao Y., Wang Z.-Q., and Wang D.L. (2019): "Two-stage deep learning for noisy-reverberant speech enhancement," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 27, pp. 53-62.

J137. Wang Z.-Q., Zhang X., and Wang D.L. (2019): "Robust speaker localization guided by deep learning-based time-frequency masking," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 27, pp. 178-188.

J138. Tan K., Chen J., and Wang D.L. (2019): "Gated residual networks with dilated convolutions for monaural speech enhancement," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 27, pp. 189-198.

J139. Wang Z.-Q. and Wang D.L. (2019): "Combining spectral and spatial features for deep learning based blind speaker separation," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 27, pp. 457-468.

J140. Healy E.W., Delfarah M., Johnson E.M., and Wang D.L. (2019): "A deep learning algorithm to increase intelligibility for hearing-impaired listeners in the presence of a competing talker and reverberation," *Journal of the Acoustical Society of America*, vol. 145, pp. 1378-1388.

J141. Pandey A. and Wang D.L. (2019): "A new framework for CNN-based speech enhancement in the time domain," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 27, pp. 1179-1188.

J142. Healy E.W., Vasco J.L., and Wang D.L. (2019): "The optimal threshold for removing noise from speech is similar across normal and impaired hearing – a time-frequency masking study," *Journal of the Acoustical Society of America Express Letters*, vol. 145, pp. EL581-586.

J143. Delfarah M. and Wang D.L. (2019): "Deep learning for talker-dependent reverberant speaker separation: An empirical study," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 27, pp. 1839-1848.

Wang's CV, April 2020

J144. Liu Y. and Wang D.L. (2019): "Divide and conquer: A deep CASA approach to talker-independent monaural speaker separation," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 27, pp. 2092-2102.

J145. Wang P., Tan K., and Wang D.L. (2020): "Bridging the gap between monaural speech enhancement and recognition with distortion-independent acoustic modeling," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 28, pp. 39-48.

J146. Tan K. and Wang D.L. (2020): "Learning complex spectral mapping with gated convolutional recurrent networks for monaural speech enhancement," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 28, pp. 380-390.

J147. Wang Z.-Q. and Wang D.L. (2020): "Deep learning based target cancellation for speech dereverberation," *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, vol. 28, pp. 941-950.

## Views and Reviews

V1. Wang D.L. (1997): "On the computational basis of synchronized codes," *Behavioral and Brain Sciences*, vol. 20, 700-701.

V2. Wang D.L. (September 2001): Book Review of "Supervised Learning - Foundations of Neural Computation" (MIT Press, 1999). *AI Magazine*, vol. 22, pp. 101-102.

V3. Wang D.L., Freeman W.J., Kozma R., Lozowski A., and Minai A. (2004): Guest Editorial for Special Issue on Temporal Coding for Neural Information Processing, *IEEE Transactions on Neural Networks*, vol. 15, pp. 953-956.

## Edited Books and Conference Proceedings

E1. Wunsch D.C., Hasselmo M.E., Venayagamoorthy G.K., and Wang D.L. (ed.): *Advances in Neural Network Research*. Elsevier, Oxford U.K., 2003.

E2. Wunsch D.C., Hasselmo M.E., Wang D.L., and Venayagamoorthy G.K. (ed.): *Proceedings of International Joint Conference on Neural Networks*, IEEE, 2003.

E3. Wang D.L. and Brown G.J. (ed.): *Computational Auditory Scene Analysis: Principles, Algorithms, and Applications*. IEEE Press/Wiley, 2006.

E4. King I., Wang J., Chan L., and Wang D.L. (ed.): *Neural Information Processing*. Springer Lecture Notes in Computer Science, Springer, 2006.

**Book Chapters**

B1. Wang D.L. (1986): "Computer simulation," In: Mao Y.S. (ed), *Handbook for Modern Engineers* (in Chinese), Beijing Press, Beijing, China, pp. 615-617.  This book won the 1986 National Award of Excellent and Best-selling Book of Science and Technology.

B2. Arbib M.A. and Wang D.L. (1991): "Computational models of visual pattern discrimination in common toads," In: Ewert J.-P. and Werner H. (eds), *Models of Brain Function and Artificial Neuronal Nets*, GhK University Edition, Kassel, Germany, pp. 67-97.

B3. Wang D.L., Arbib M.A., and Ewert J.-P. (1991): "Dishabituation hierarchies for visual pattern discrimination in toads: A dialog between modeling and experimentation," In: Arbib M.A. and Ewert J.-P. (eds), *Visual Structures and Integrated Functions*, Research Notes in Neural Computing, Springer-Verlag, Berlin, pp. 427-441.

B4. Wang D.L., Buhmann J., and von der Malsburg C. (1991): "Pattern segmentation in associative memory," In: David J.L. and Eichenbaum H. (eds), *Olfaction: A Model System for Computational Neuroscience*, MIT Press, Cambridge MA, pp. 213-224.  Reprint of J4.

B5. Wang D.L. (1995): "Temporal pattern processing," In: Arbib M.A. (ed.), *The Handbook of Brain Theory and Neural Networks*, MIT Press, Cambridge MA, pp. 967-971.

B6. Wang D.L. (1995): "Habituation," In: Arbib M.A. (ed.), *The Handbook of Brain Theory and Neural Networks*, MIT Press, Cambridge MA, pp. 441-444.

B7. Wang D.L. (1995): "An oscillatory correlation theory of temporal pattern segmentation," In Covey E., Hawkins H., and Port R.F. (eds.), *Neural Representation of Temporal Patterns*, Plenum, New York, pp. 53-75.

B8. Wang D.L. (1996): "Synchronous oscillations based on lateral connections," In: Sirosh J., Miikkulainen R., and Choe Y. (eds.), *Lateral Connections in the Cortex: Structure and Function*, Electronic Book at "http://www.cs.utexas.edu/users/nn/web-pubs/htmlbook96/".

B9. Wang D.L. (1998): "Stream segregation based on oscillatory correlation," In: Rosenthal D. and Okuno H.G. (eds.), *Computational Auditory Scene Analysis*, Lawrence Erlbaum, Mahwah NJ, pp. 71-86.

B10. Wang D.L. (1999): "Relaxation oscillators and networks," In Webster J. (ed.), *Encyclopedia of Electrical and Electronics Engineering*, Wiley & Sons, New York, vol. 18, pp. 396-405.

B11. Wang D.L. (2000): "Anticipation model for sequential learning of complex temporal patterns," In: Sun R. and Giles L. (ed.), *Sequence Learning: Paradigms, Algorithms, and Applications*, LNAI 1828, Springer, Berlin, pp. 53-79.

B12. Wang D.L. (2003): "Temporal pattern processing," In: Arbib M.A. (ed.), *The Handbook of Brain Theory and Neural Networks*, 2nd Ed., MIT Press, Cambridge MA, pp. 1163-1167.

21

B13. Wang D.L. (2003): "Visual scene segmentation," In: Arbib M.A. (ed.), *The Handbook of Brain Theory and Neural Networks*, 2nd Ed., MIT Press, Cambridge MA, pp. 1215-1219.

B14. Liu X., Srivastava A., and Wang D.L. (2003): "Intrinsic generalization analysis of low dimensional representations," In: Wunsch D.C., Hasselmo M.E., Venayagamoorthy G.K., and Wang D.L. (ed.), *Advances in Neural Network Research*, Elsevier, Oxford U.K., pp. 537-545. Reprint of J47.

B15. Wang D.L. (2005): "On ideal binary mask as the computational goal of auditory scene analysis," In: Divenyi P. (ed.), *Speech Separation by Humans and Machines*, Kluwer Academic, Norwell MA, pp. 181-197.

B16. Brown G.J. and Wang D.L. (2005): "Separation of speech by computational auditory scene analysis," In: Benesty J., Makino S., and Chen J. (ed.), *Speech Enhancement*, Springer, New York, pp. 371-402.

B17. Brown G.J. and Wang D.L. (2006): "Timing is of the essence: Neural oscillator models of auditory grouping," In: Greenberg S. and Ainsworth W. (ed.), *Listening to Speech: An Auditory Perspective*, Lawrence Erlbaum, Mahwah NJ, pp. 375-392.

B18. Hu G. and Wang D.L. (2006): "An auditory scene analysis approach to monaural speech segregation," In: Hänsler E. and Schmidt G. (ed.), *Selected Methods for Acoustic Echo and Noise Control*, Springer, Berlin, pp. 485-515.

B19. Wang D.L. and Brown G.J. (2006): "Fundamentals of computational auditory scene analysis," In: Wang D.L. and Brown G.J. (ed.), *Computational Auditory Scene Analysis: Principles, Algorithms, and Applications*, Wiley/IEEE Press, Hoboken NJ, pp. 1-44.

B20. Wang D.L. (2006): "Feature-based speech segregation," In: Wang D.L. and Brown G.J. (ed.), *Computational Auditory Scene Analysis: Principles, Algorithms, and Applications*, Wiley/IEEE Press, Hoboken NJ, pp. 81-114.

B21. Stern R.M., Brown G.J., and Wang D.L. (2006): "Binaural sound localization," In: Wang D.L. and Brown G.J. (ed.), *Computational Auditory Scene Analysis: Principles, Algorithms, and Applications*, Wiley/IEEE Press, Hoboken NJ, pp. 147-185.

B22. Brown G.J. and Wang D.L. (2006): "Neural and perceptual modeling," In: Wang D.L. and Brown G.J. (ed.), *Computational Auditory Scene Analysis: Principles, Algorithms, and Applications*, Wiley/IEEE Press, Hoboken NJ, pp. 351-387.

B23. Wang D.L. (2007): "Computational scene analysis," In: Duch W. and Mandziuk J. (ed.), *Challenges for Computational Intelligence*, Springer, Berlin, pp. 163-191.

B24. Wang D.L. (2007): "Relaxation oscillators and networks," In Webster J. (ed.), *Encyclopedia of Electrical and Electronics Engineering* (2nd Edition), Wiley & Sons, New York.

22

Wang's CV, April 2020

B25. Wang D.L. and Hu G. (2008): "Cocktail party processing," In: Zurada J.M., Yen G.G., and Wang J. (ed.), *Computational Intelligence: Research Frontiers*, Springer, Berlin, pp. 333-348.

B26. Roman N. and Wang D.L. (2008): "Binaural speech segregation," In: Hänsler E. and Schmidt G. (ed.), *Speech and Audio Processing in Adverse Environments*, Springer, Berlin, pp. 525-549.

B27. Narayanan A. and Wang D.L. (2013): "Computational auditory scene analysis and automatic speech recognition," In: Virtanen T., Raj B. and Singh R. (ed.), *Techniques for Noise Robustness in Automatic Speech Recognition*, Wiley, Chichester U.K., pp. 433-462.

B28. Chen J. and Wang D.L. (2018): "DNN based mask estimation for supervised speech separation," In: Makino S. (ed.), *Audio Source Separation*, Springer, Cham Switzerland, pp. 207-235.


**Conference Papers**

C1. Wang D.L. and King I. (1988): "Three neural models which process temporal information," In *Proceedings of the First Annual Conference of the International Neural Network Society*, pp.227, Boston, MA.

C2. Wang D.L. (1989): "An extended model of the Neocognitron for pattern partitioning and pattern composition," *Proceedings of International Joint Conference of Neural Networks (IJCNN)*, pp. II.267-274. Washington, DC.

C3. Wang D.L. and Arbib M.A. (1990): "Mechanisms of pattern discrimination in the toad's visual system. *IJCNN-90*, pp. II.477-482. San Diego, CA.

C4. Wang D.L. and Arbib M.A. (1990): "A computational model of visual pattern discrimination in toads. *Proceedings of the 12th Annual Conference of the Cognitive Science Society*, pp. 598-605. Cambridge, MA.

C5. Wang D.L. and Arbib M.A. (1991): "Hierarchical dishabituation of visual discrimination in toads," In: Meyer J.-A. and Wilson S. (eds), *Simulation of adaptive behavior: From animals to animats*, pp. 77-88, MIT Press, Cambridge, MA.

C6. Wang D.L. and Arbib M.A. (1991): "A neural model of temporal sequence generation with interval maintenance," *Proceedings of the 13th Annual Conference of the Cognitive Science Society*, pp. 944-948. Chicago, IL.

C7. Wang D.L. (1993): "Modeling global synchrony in the visual cortex by locally coupled neural oscillators," *Proceedings of the 15th Annual Conference of the Cognitive Science Society*, pp. 1058-1063. Boulder, CO.

C8. Wang D.L. (1993): "Modeling stimulus specific habituation: The role of primordial hippocampus," In: Eeckman F.H. and Bower J.M. (eds.), *Computation and Neural Systems (CNS-92)*, pp. 103-107, Kluwer, Boston.

C9. Wang D.L. (1993): "A neural architecture for complex temporal pattern generation," *Proceedings of the 3rd International Conference for Young Computer Scientists*, pp. 3.25-3.38. Beijing.

C10. Wang D.L. (1993): "Global phase synchrony in the visual cortex: A local mechanism," *Proceedings of World Congress on Neural Networks (WCNN-93),* pp. I29-I32. Portland, OR.

C11. Wang D.L. (1994): "Unifying two forms of memory: A neural model," In: Eeckman F.H. (ed.), *Computation in Neurons and Neural Systems (CNS-93)*, pp. 281-286, Kluwer.

C12. Wang D.L. (1994): "Modeling global synchrony in the visual cortex by locally coupled neural oscillators," In: Eeckman F.H. (ed.), *Computation in Neurons and Neural Systems (CNS-93)*, pp. 109-114, Kluwer.

C13. Wang D.L. and Terman D. (1994): "Locally excitatory globally inhibitory oscillator networks: Theory and application to pattern segmentation," *Proceedings of IEEE International Conference on Neural Networks (ICNN-94)*, pp. 945-950.  Orlando, FL.

C14. Campbell S. and Wang D.L. (1994): "Synchronization and desynchronization in locally coupled Wilson-Cowan oscillators," *Proceedings of ICNN-94*, pp. 964-969.

C15. Wang D.L. and Yuwono B. (1994): "Temporal pattern generation based on anticipation," *Proceedings of ICNN-94*, pp. 3148-3153.

C16. Wang D.L. and Terman D. (1994): "Locally excitatory globally inhibitory oscillator networks," *Proceedings of WCNN-94*, pp. IV. 745-750. San Diego, CA.

C17. Wang D.L. and Yuwono B. (1994): "Self-organization of temporal pattern generation based on anticipation," *Proceedings of WCNN-94*, pp. IV. 149-154.

C18. Wang D.L. and Terman D. (1994): "Locally excitatory globally inhibitory oscillator networks: Theory and application to pattern segmentation," *Proceedings of IEEE Conference on Neural Networks for Signal Processing*, pp. 136-145. Ermioni, Greece.

C19. Wang D.L. (1994): "Auditory stream segregation based on oscillatory correlation," *Proceedings of IEEE Workshop on Neural Networks for Signal Processing*, pp. 624-632.

C20. Wang D.L. (1994): "An oscillation model of auditory stream segregation," *Proceedings of the International Conference on Pattern Recognition*, pp. C.198-200. Jerusalem, Israel.

C21. Wang D.L. and Terman D. (1994): "Locally excitatory globally inhibitory oscillator networks: Theory and application to scene segmentation," *Proceedings of the 23rd Artificial*

*Intelligence and Pattern Recognition Workshop*, SPIE Proceedings 2368, pp. 135-142. Washington, DC.

C22. Wang D.L. and Terman D. (1994): "Synchrony and desynchrony in neural oscillator networks," *Advances in Neural Information Processing Systems (NIPS-94)*, pp. 199-206. Denver, CO.

C23. Liu X.M., Wang D.L., and Ahalt S.C. (1995). On the temporal generalization capability of simple recurrent networks," *Proceedings of the 1995 SPIE Conference on Applications and Science of Artificial Neural Networks IV*, pp. 392-403. Orlando, FL.

C24. Wang D.L. and Terman D. (1995): "Image segmentation based on oscillatory correlation," *Proceedings of WCNN-95*, pp. II. 521-525. Washington, DC.

C25. Campbell S. and Wang D.L. (1995): "Relaxation oscillators with time delay coupling," *Proceedings of WCNN-95*, pp. I. 258-261.

C26. Wang D.L. and Terman D. (1995): "Image segmentation by a neural oscillator network," *Proceedings of International Conference on Neural Information Processing*, pp. 722-726. Beijing.

C27. Wang D.L. and Terman D. (1996): "Image segmentation by neural oscillator networks," *Proceedings of ICNN-96*, pp. 1534-1539.

C28. Campbell S. and Wang D.L. (1996): "Loose synchrony in relaxation oscillator networks with time delays," *Proceedings of ICNN-96*, pp. 828-833.

C29. Wang D.L. and Yuwono B. (1996): "A neural model of sequential memory," *Proceedings of ICNN-96*, pp. 834-839.

C30. Campbell S. and Wang D.L. (1996): "Loose synchrony in networks of relaxation oscillators with time delays," *Proceedings of WCNN-96*, pp. 717-720.

C31. Shareef N., Wang D.L., and Yagel R. (1996): "Segmentation of medical data using locally excitatory globally inhibitory oscillator networks," *Proceedings of WCNN-96*, pp. 1245-1248.

C32. Wang D.L. and Yuwono B. (1996): "Incremental learning of complex temporal patterns," *Proceedings of WCNN-96*, pp. 757-762.

C33. Brown G.J. and Wang D.L. (1997): "Modelling the perceptual separation of concurrent vowels with a network of neural oscillators," *Proceedings of ICNN-97*, pp. 569-574.

C34. Campbell S. and Wang D.L. (1997): "Relaxation oscillator networks with time delays," *Proceedings of ICNN-97*, pp. 645-650.

C35. Cesmeli E. and Wang D.L. (1997): "Texture segmentation using Gaussian Markov random fields and LEGION," *Proceedings of ICNN-97*, pp. 1529-1534.

C36. Liu X.W. and Wang D.L. (1997): "Range image segmentation using an oscillatory network," *Proceedings of ICNN-97*, pp. 1656-1660.

C37. Wang D.L. (1997): "Object selection by a neural oscillator network," *Proceedings of International Conference on Neural Information Processing*, pp. 1137-1140.

C38. van der Kouwe A.J.W. and Wang D.L. (1997): "Temporal alignment, spatial spread and the linear independence criterion for blind separation of voices," *Proceedings of IEEE EMBS*, pp. 1994-1996.

C39. Wang D.L. (1998): "Object selection by oscillatory correlation," *Proceedings of International Joint Conference on Neural Networks (IJCNN-98)*, pp. 1182-1187.

C40. Campbell S. and Wang D.L. (1998): "Synchrony and desynchrony in integrate and fire oscillators," *Proceedings of IJCNN-98*, pp. 1498-1503.

C41. Liu X.W., Wang D.L., and Ramirez J.R. (1998): "Extracting hydrographic objects from satellite images using a two-layer neural network," *Proceedings of IJCNN-98*, pp. 897-902.

C42. Chen K. and Wang D.L. (1998): "Perceiving spirals and inside/outside relations by a neural oscillator network," *Proceedings of IJCNN-98*, pp. 619-624.

C43. Cesmeli E., Wang D.L., Lindsey D.L., and Todd J.T. (1998): "Motion segmentation using temporal block matching and LEGION," *Proceedings of IJCNN-98*, pp. 2069-2074.

C44. Liu X., Wang D.L., and Ramirez J R. (1998): "A two-layer neural network for robust image segmentation and its application in revising hydrographic features," *International Archives of Photogrammetry and Remote Sensing*, vol. 32, part 3/1, pp. 464-472.

C45. Liu X., Wang D.L., and Ramirez J.R. (1998): "Oriented statistical nonlinear smoothing filter," *Proceedings of the International Conference on Image Processing*, vol. 2, pp. 848-852.

C46. Cesmeli E. and Wang D.L. (1998), "Gauss Markov Rasgele Alanlari ve Salingan Sinir Aglariyla Doku Bolutlemesi," SIU-98, Ankara TURKEY (in Turkish).

C47. Chen K. and Wang D.L. (1999): "Perceiving without learning: from spirals to inside/outside relations," *Advances in Neural Information Processing Systems* 11 (NIPS-98), MIT Press, pp. 10-16.

C48. Liu X. and Wang D.L. (1999): "Perceptual organization based on temporal dynamics," *Proceedings of IJCNN-99,* 6 pages on CD-ROM.

C49. Liu X. and Wang D.L. (1999): "A boundary-pair representation for perception modeling," *Proceedings of IJCNN-99,* 6 pages on CD-ROM.

C50. Cesmeli E. and Wang D.L. (1999): "Image segmentation based on motion/luminance integration and oscillatory correlation," *Proceedings of IJCNN-99,* 6 pages on CD-ROM.

C51. Brown G.J. and Wang D.L. (1999): "The separation of speech from interfering sounds: an oscillatory correlation approach," *Proceedings of IJCNN-99,* 6 pages on CD-ROM.

C52. Chen K. and Wang D.L. (1999): "Image segmentation based on a dynamically coupled neural oscillator network," *Proceedings of IJCNN-99*, 6 pages on CD-ROM.

C53. Brown G.J. and Wang D.L. (2000): "An oscillatory correlation framework for computational auditory scene analysis," *Proceedings of NIPS-99,* pp. 747-753.

C54. Liu X. and Wang D.L. (2000): "Perceptual organization based on temporal dynamics," *Proceedings of NIPS-99,* pp. 38-44.

C55. Liu X. and Wang D.L. (2000): "Spectral histograms for texton modeling and discrimination," *Proceedings of the Sixteenth World Computer Congress* (Intelligent Information Processing)*,* pp. 202-205.

C56. Cesmeli E., Lindsey D.L., and Wang D.L. (2000): "An oscillatory correlation model of human motion perception," *Proceedings of IJCNN-00,* pp. IV.267-IV.272.

C57. Wu M., Wang D.L., and Brown G.J. (2001): "Pitch tracking based on statistical anticipation," *Proceedings of IJCNN-01*, pp. 866-871.

C58. Liu X. and Wang D.L. (2001): "A spectral histogram model for textons and texture discrimination," *Proceedings of IJCNN-01*, pp. 1083-1088.

C59. Hu G. and Wang D.L. (2001): "An extended model for speech segregation," *Proceedings of IJCNN-01*, pp. 1089-1094.

C60. Liu X. and Wang D.L. (2001): "Appearance-based recognition using perceptual components," *Proceedings of IJCNN-01*, pp. 1943-1948.

C61. Roman N., Wang D.L., and Brown G.J. (2001): "Speech segregation based on sound localization," *Proceedings of IJCNN-01*, pp. 2861-2866.

C62. Brown G.J., Barker J., and Wang D.L. (2001): "A neural oscillator sound separator for missing data speech recognition," *Proceedings of IJCNN-01*, pp. 2907-2912.

C63. Palomaki K., Brown G.J., and Wang D.L. (2001): "A binaural model for missing data speech recognition in noisy and reverberant conditions," *Web Proceedings of Workshop on Consistent and Reliable Acoustic Cues for Sound Analysis,* 4 pages.

Wang's CV, April 2020

C64. Hu G. and Wang D.L. (2001): "Speech segregation based on pitch tracking and amplitude modulation," *Proceedings of IEEE Workshop on Applications of Signal Processing to Audio and Acoustics*, pp. 79-82.

C65. Liu X., Wang D.L., Srivastava A. (2001): "Image segmentation using local spectral histograms," *Proceedings of IEEE International Conference on Image Processing*, pp. 70-73.

C66. Chen K., Wang D.L., and Liu X. (2001): "Image segmentation by weight adaptation and oscillatory correlation," *Proceedings of International Conference on Neural Information Processing*, invited paper, 6 pages on CD-ROM.

C67. Hu G. and Wang D.L. (2002): "On amplitude modulation for monaural speech segregation," *Proceedings of IJCNN-02*, pp. 69-74.

C68. Roman N., Wang D.L., and Brown G.J. (2002): "Localization-based sound segregation," *Proceedings of IJCNN-02*, pp. 2299-2303.

C69. Wu M., Wang D.L., and Brown G.J. (2002): "A multi-pitch tracking algorithm for noisy speech," *Proceedings of IEEE International Conference on Acoustics, Speech, & Signal Processing (ICASSP)*, pp. 369-372.

C70. Hu G. and Wang D.L. (2002): "Monaural speech segregation based on pitch tracking and amplitude modulation," *Proceedings of ICASSP-02*, pp. 553-556.

C71. Roman N., Wang D.L., and Brown G.J. (2002): "Localization-based sound segregation," *Proceedings of ICASSP-02*, pp. 1013-1016.

C72. Hu G. and Wang D.L. (2003): "Monaural speech separation," in *Advances in Neural Information Processing Systems* (*NIPS* 2002), vol. 15, pp. 1221-1228, Cambridge MA: MIT Press.

C73. Hu G. and Wang D.L. (2003): "Separation of stop consonants," *Proceedings of ICASSP-03*, pp. II.749-752.

C74. Roman N. and Wang D.L. (2003): "Binaural tracking of multiple moving sources," *Proceedings of ICASSP-03*, pp. V.149-152.

C74. Shao Y. and Wang D.L. (2003): "Co-channel speaker identification using usable speech extraction based on multi-pitch tracking," *Proceedings of ICASSP-03*, vol. II.205-208.

C75. Wu M. and Wang D.L. (2003): "A one-microphone algorithm for reverberant speech enhancement," *Proceedings of ICASSP-03*, pp. I.844-847.

C76. Liu X., Srivastava A., and Wang D.L. (2003): "On intrinsic generalization of low dimensional representations of images for recognition," *Proceedings of IJCNN-03*, pp. 182-187.

28

C77. Srinivasan S. and Wang D.L. (2003): "Schema-based modeling of phonemic restoration," *Proceedings of EUROSPEECH-03*, pp. 2053-2056.

C78. Hu G. and Wang D.L. (2003): "Segregation of stop consonants from acoustic interference," *Proceedings of IEEE Workshop on Neural Networks for Signal Processing*, pp. 647-656.

C79. Roman N., Wang D.L., and Brown G.J. (2004): "A classification-based cocktail-party processor," in *Advances in Neural Information Processing Systems* (*NIPS* 2003), vol. 16, Cambridge MA: MIT Press.

C80. Roman N. and Wang D.L. (2004): "Binaural sound segregation for multisource reverberant environments," in *Proceedings of ICASSP-04*, pp. II.373-376.

C81. Wang D.L. (2004): "A comparison of CNN and LEGION networks," *Proceedings of IJCNN-04*, pp. 1735-1740.

C82. Hu G. and Wang D.L. (2004): "Auditory segmentation based on event detection," *Proceedings of ISCA Tutorial and Research Workshop on Statistical and Perceptual Audio Processing (SAPA),* 6 pages.

C83. Srinivasan S., Roman N., and Wang D.L. (2004): "On binary and ratio time-frequency masks for robust speech recognition," *Proceedings of the International Conference on Spoken Language Processing (ICSLP)*, 4 pages.

C84. Shao Y. and Wang D.L. (2004): "Model-based sequential organization for cochannel speaker identification," *Proceedings of ICSLP-04*, 4 pages.

C85. Wu M. and Wang D.L. (2005): "A two-stage algorithm for enhancement of reverberant speech," in *Proceedings of ICASSP-05*, pp. I.1085-1088.

C86. Hu G. and Wang D.L. (2005): "Separation of fricatives and affricates," in *Proceedings of ICASSP-05*, pp. I.1001-1004.

C87. Li Y. and Wang D.L. (2005): "Detecting pitch of singing voice in polyphonic audio," in *Proceedings of ICASSP-05*, pp. III.17-20.

C88. Srinivasan S. and Wang D.L. (2005): "Robust speech recognition by integrating speech separation and hypothesis testing," in *Proceedings of ICASSP-05*, pp. I.89-92.

C89. Srinivasan S. and Wang D.L. (2005): "Modeling the perception of multitalker speech," *Proceedings of Interspeech*-05, pp. 1265-1268.

C90. Roman N. and Wang D.L. (2005): "A pitch-based model for separation of reverberant speech," *Proceedings of Interspeech*-05, pp. 2109-2112.

29

Wang's CV, April 2020

C91. Pedersen M.S., Wang D.L., Larsen J., and Kjems U. (2005): "Overcomplete blind source separation by combining ICA and binary time-frequency masking," *Proceedings of IEEE Workshop on Machine Learning for Signal Processing*, pp. 15-20.

C92. Pedersen M.S., Wang D.L., Larsen J., and Kjems U. (2006): "Separating underdetermined convolutive speech mixtures," *Proceedings of International Conference on Independent Component Analysis and Blind Source Separation*, *Springer Lecture Notes in Computer Science*, vol. 3889, pp. 674-681.

C93. Rand R.S. and Wang D.L. (2006). "A biologically-inspired neural oscillator network for geospatial analysis," *Proceedings of SPIE Defense Symposium*, 10 pages.

C94. Wang D.L. and Hu G. (2006): "Unvoiced speech segregation," *Proceedings of ICASSP-06*, pp. V.953-956.

C95. Shao Y. and Wang D.L. (2006): "Robust speaker recognition using binary time-frequency masks," *Proceedings of ICASSP-06*, pp. I.645-648.

C96. Srinivasan S. and Wang D.L. (2006): "A supervised learning approach to uncertainty decoding for robust speech recognition," *Proceedings of ICASSP-06*, pp. I.297-300.

C97. Roman N., Srinivasan S., and Wang D.L. (2006): "Speech recognition in multisource reverberant environments with binaural inputs," *Proceedings of ICASSP-06*, pp. I.309-312.

C98. Srinivasan S., Shao Y., Jin Z., and Wang D.L. (2006): "A computational auditory scene analysis system for robust speech recognition," *Proceedings of Interspeech-06*, pp. 73-76.

C99. Li Y. and Wang D.L. (2006): "Singing voice separation from monaural recordings," *Proceedings of the International Symposium on Music Information Retrieval* (ISMIR), pp. 176-179.

C100. Li Y. and Wang D.L. (2007): "Pitch detection in polyphonic music using instrument tone models," *Proceedings of ICASSP-07*, pp. II.481-484.

C101. Shao Y., Srinivasan S., and Wang D.L. (2007): "Incorporating auditory feature uncertainties in robust speaker identification," *Proceedings of ICASSP-07*, pp. IV.277-280.

C102. Srinivasan S., Roman N., and Wang D.L. (2007): "Exploiting uncertainties for binaural speech recognition," *Proceedings of ICASSP-07*, pp. IV.789-792.

C103. Jin Z. and Wang D.L. (2007): "A supervised learning approach to monaural segregation of reverberant speech," *Proceedings of ICASSP-07*, pp. IV.921-924.

C104. Li Y. and Wang D.L. (2008): "Musical sound separation using pitch-based labeling and binary time-frequency masking," *Proceedings of ICASSP-08*, pp. 173-176.

C105. Li Y. and Wang D.L. (2008): "On the optimality of ideal binary time-frequency masks," *Proceedings of ICASSP-08*, pp. 3501-3504.

C106. Shao Y. and Wang D.L. (2008): "Robust speaker identification using auditory features and computational auditory scene analysis," *Proceedings of ICASSP-08*, pp. 1589-1592.

C107. Boldt J.B., Kjems U., Pedersen M.S., Lunner T., and Wang D.L. (2008): "Estimation of the ideal binary mask using directional systems," *Proceedings of International Workshop on Acoustic Echo and Noise Control* (IWAENC-08), 4 pages.

C108. Woodruff J., Li Y., and Wang D.L. (2008): "Resolving overlapping harmonics for monaural musical sound separation using pitch and common amplitude modulation," *Proceedings of ISMIR-08*, pp. 538-543.

C109. Hu K., Divenyi P., Ellis D.P.W., Jin Z., Shinn-Cunningham B.G., and Wang D.L. (2008): "Preliminary intelligibility tests of a monaural speech segregation system," *ISCA Tutorial and Research Workshop on Statistical and Perceptual Audition (SAPA)*, 6 pages.

C110. Jan T., Wang W., Wang D.L. (2009): "A multistage approach for blind separation of convolutive speech mixtures," *Proceedings of ICASSP-09*, pp. 1713-1716.

C111. Woodruff J. and Wang D.L. (2009): "On the role of localization cues in binaural segregation of reverberant speech," *Proceedings of ICASSP-09*, pp. 2205-2208.

C112. Hu K. and Wang D.L. (2009): "Incorporating spectral subtraction and noise type for unvoiced speech segregation," *Proceedings of ICASSP-09*, pp. 4425-4428.

C113. Shao Y., Jin Z., Wang D.L., and Srinivasan S. (2009): "An auditory-based feature for robust speech recognition," *Proceedings of ICASSP-09*, pp. 4625-4628.

C114. Jin Z. and Wang D.L. (2009): "Learning to maximize signal-to-noise ratio for reverberant speech segregation," *Proceedings of ICASSP-09*, pp. 4689-4692.

C115. Wu B., Zhou Y., Yan L., Yuan J., Li R., and Wang D.L. (2009): "Object detection from HS/MS and multi-platform remote sensing images by integrating biologically and geometrically inspired approaches," *Proceedings of ASPRS-09*, 7 pages.

C116. Quiles M., Wang D.L., Zhao L., Romero R.A.F., and D.-S. Huang (2009): "An oscillatory correlation model of object-based attention," *Proceedings of IJCNN-09*, pp. 2596-2602.

C117. Yuan J., Wang D.L., Wu B., Yan L., and Li R. (2009): "Automatic road extraction from satellite imagery using LEGION networks," *Proceedings of IJCNN-09*, pp. 3471-3476.

C118. Jin Z. and Wang D.L. (2010): "A multipitch tracking algorithm for noisy and reverberant speech," *Proceedings of ICASSP-10*, pp. 4218-4221.

31

Wang's CV, April 2020

C119. Woodruff J. and Wang D.L. (2010): "Integrating monaural and binaural analysis for localization of multiple sound sources in noisy and reverberant conditions," *Proceedings of ICASSP-10*, pp. 2706-2709.

C120. Yan L, Yuan J., Cheng L., Li R., and Wang D.L. (2010): "A biologically and geometrically inspired approach to target extraction from multiple-source remote sensing images," *Proceedings of ASPRS-10*, 8 pages.

C121. Kjems U., Boldt J.B., Pedersen M.S., Lunner T., and Wang D.L. (2010): "Speech intelligibility of ideal binary masked mixtures," *Proceedings of EUSIPCO-10*, pp. 1909-1913.

C122. Hu K. and Wang D.L. (2010): "Unsupervised sequential organization for cochannel speech separation," *Proceedings of INTERSPEECH-10*, pp. 2790-2793.

C123. Hu K. and Wang D.L. (2010): "Unvoiced speech segregation based on CASA and spectral subtraction," *Proceedings of INTERSPEECH-10*, pp. 2786-2789.

C124. Woodruff J., Prabhavalkar R., Fosler-Lussier E., and Wang D.L. (2010): "Combining monaural and binaural evidence for reverberant speech segregation," *Proceedings of INTERSPEECH-10*, pp. 406-409.

C125. Woodruff J. and Wang D.L. (2011): "Directionality-based speech enhancement for hearing aids," *Proceedings of ICASSP-11*, pp. 297-300.

C126. Hsu C.-L., Wang D.L. and Jang J.R. (2011): "A trend estimation algorithm for singing pitch detection in musical recordings," *Proceedings of ICASSP-11*, pp. 393-396.

C127. Narayanan A. and Wang D.L. (2011): "On the use of ideal binary masks for improving phonetic classification," *Proceedings of ICASSP-11*, pp. 4632-4635.

C128. Hu K. and Wang D.L. (2011): "An approach to sequential grouping in cochannel speech," *Proceedings of ICASSP-11*, 4636-4639.

C129. Narayanan A., X. Zhao, Wang D.L., and Fosler-Lussier E. (2011): "Robust speech recognition using multiple prior models for speech reconstruction," *Proceedings of ICASSP-11*, pp. 4800-4803.

C130. Han K. and Wang D.L. (2011): "An SVM based classification approach to speech separation," *Proceedings of ICASSP-11*, pp. 5212-5215.

C131. Yuan J., Wang D.L., and Li R. (2011): "Image segmentation based on local spectral histograms and linear regression," *Proceedings of IJCNN-11*, pp. 482-488.

C132. Zhao X., Shao Y., and Wang D.L. (2011): "Robust speaker identification using a CASA front-end," *Proceedings of ICASSP-11*, pp. 5468-5471.

C133. Woodruff J. and Wang D.L. (2012): "Binaural speech segregation based on pitch and azimuth tracking," *Proceedings of ICASSP-12*, pp. 241-244.

C134. Han K. and Wang D.L. (2012): "On generalization of classification based speech separation," *Proceedings of ICASSP-12*, pp. 4541-4544.

C135. Hu K. and Wang D.L. (2012): "SVM-based separation of unvoiced-voiced portions in cochannel speech," *Proceedings of ICASSP-12*, pp. 4545-4548.

C136. Narayanan A. and Wang D.L. (2012): "On the role of binary mask pattern in automatic speech recognition," *Proceedings of INTERSPEECH-12*, pp. 1239-1242.

C137. Wang Y., Han K., and Wang D.L. (2012): "Acoustic features for classification based speech separation," *Proceedings of INTERSPEECH-12*, pp. 1532-1535.

C138. Wang Y. and Wang D.L. (2012): "Boosting classification based speech separation using temporal dynamics," *Proceedings of INTERSPEECH-12*, pp. 1528-1531.

C139. Wang Y. and Wang D.L. (2012): "Cocktail party processing via structured prediction," *Proceedings of NIPS-12*, pp. 224-232.

C140. Han K. and Wang D.L. (2013): "Learning invariant features for speech separation," *Proceedings of ICASSP-13*, pp. 7492-7496.

C141. Wang Y. and Wang D.L. (2013): "Feature denoising for speech separation in unknown noisy environments," *Proceedings of ICASSP-13*, pp. 7472-7476.

C142. Zhao X. and Wang D.L. (2013): "Analyzing noise robustness of MFCC and GFCC features in speaker identification," *Proceedings of ICASSP-13*, pp. 7204-7208.

C143. Williamson D.S., Wang Y. and Wang D.L. (2013): "A sparse representation approach for perceptual quality improvement of separated speech," *Proceedings of ICASSP-13*, pp. 7015-7019.

C144. Narayanan A. and Wang D.L. (2013): "Ideal ratio mask estimation using deep neural networks for robust speech recognition," *Proceedings of ICASSP-13*, pp. 7092-7096.

C145. Narayanan A. and Wang D.L. (2013): "Coupling binary masking and robust ASR," *Proceedings of ICASSP-13*, pp. 6817-6821.

C146. Wang Y. and Wang D.L. (2014): "A structure-preserving training target for supervised speech separation," *Proceedings of ICASSP-14*, pp. 6148-6152.

C147. Chen J., Wang Y. and Wang D.L. (2014): "A feature study for classification-based speech separation at very low signal-to-noise ratio," *Proceedings of ICASSP-14*, pp. 7089-7093.

33

C148. Narayanan A. and Wang D.L. (2014): "Joint noise adaptive training for robust automatic speech recognition," *Proceedings of ICASSP-14*, pp. 2523-2527.

C149. Zhao X., Wang Y., and Wang D.L. (2014): "Robust speaker identification in noisy and reverberant conditions," *Proceedings of ICASSP-14*, pp. 4025-4029.

C150. Williamson D.S., Wang Y., and Wang D.L. (2014): "A two-stage approach for improving the perceptual quality of separated speech," *Proceedings of ICASSP-14*, pp. 7084-7088.

C151. Han K., Wang Y., and Wang D.L. (2014): "Learning spectral mapping for speech dereverberation," *Proceedings of ICASSP-14*, pp. 4661-4665.

C152. Han K., Wang Y., and Wang D.L. (2014): "Neural networks for supervised pitch tracking in noise," *Proceedings of ICASSP-14*, pp. 1502-1506.

C153. Zhang X.-L. and Wang D.L. (2014): "Boosted deep neural networks and multi-resolution cochleagram features for voice activity detection," *Proceedings of INTERSPEECH-14*, pp. 1534-1538.

C154. Jiang Y., Wang D.L., and Liu R.S. (2014): "Binaural deep neural network classification for reverberant speech segregation," *Proceedings of INTERSPEECH-14*, pp. 2400-2404.

C155. Wang Y. and Wang D.L. (2015): "A deep neural network for time-domain signal reconstruction," *Proceedings of ICASSP-15*, pp. 4390-4394.

C156. Zhao X., Wang Y., and Wang D.L. (2015): "Deep neural networks for cochannel speaker identification," *Proceedings of ICASSP-15*, pp. 4824-4828.

C157. Williamson D.S., Wang Y., and Wang D.L. (2015): "Deep neural networks for estimating speech model activations," *Proceedings of ICASSP-15*, pp. 5113-5117.

C158. Chen J., Wang, Y., and Wang D.L. (2015): "Noise perturbation improves supervised speech separation," *Proceedings of LVA/ICA-15*, pp. 83-90.

C159. Han K., He Y., Bagchi D., Fosler-Lussier E., and Wang D.L. (2015): "Deep neural network based spectral feature mapping for robust speech recognition," *Proceedings of INTERSPEECH-15*, pp. 2484-2488.

C160. Zhang X.-L. and Wang D.L. (2015): "Multi-resolution stacking for speech separation based on boosted DNN," *Proceedings of INTERSPEECH-15*, pp. 1745-1749.

C161. Liu Y. and Wang D.L. (2015): "Speaker-dependent multipitch tracking using deep neural networks," *Proceedings of INTERSPEECH-15*, pp. 3279-3283.

C162. Wang Z.-Q. and Wang D.L. (2015): "Joint training of speech separation, filterbank and acoustic model for robust automatic speech recognition," *Proceedings of INTERSPEECH-15*, pp. 2839-2843.

C163. Zhao Y., Wang D.L., Merks I., and Zhang T. (2016): "DNN-based enhancement of noisy and reverberant speech," *Proceedings of ICASSP-16*, pp. 6525-6529.

C164. Wang Z.-Q. and Wang D.L. (2016): "Robust speech recognition from ratio masks," *Proceedings of ICASSP-16*, pp. 5720-5724.

C165. Wang Z.-Q., Zhao Y., and Wang D.L. (2016): "Phoneme-specific speech separation," *Proceedings of ICASSP-16*, pp. 146-150.

C166. Liu Y. and Wang D.L. (2016): "Robust pitch tracking in noisy speech using speaker-dependent deep neural networks," *Proceedings of ICASSP-16*, pp. 5255-5259.

C167. Williamson D.S., Wang Y., and Wang D.L. (2016): "Complex ratio masking for joint enhancement of magnitude and phase," *Proceedings of ICASSP-16*, pp. 5220-5224.

C168. Delfarah M. and Wang D.L. (2016): "A feature study for masking-based reverberant speech separation," *Proceedings of INTERSPEECH-16*, pp. 555-559.

C169. Chen J. and Wang D.L. (2016): "Long short-term memory for speaker generalization in supervised speech separation," *Proceedings of INTERSPEECH-16*, pp. 3314-3318.

C170. Liu Y. and Wang D.L. (2017): "Time and frequency domain long short-term memory for noise robust pitch tracking," *Proceedings of ICASSP-17*, pp. 5600-5604.

C171. Chang J. and Wang D.L. (2017): "Robust speaker recognition based on DNN/i-vectors and speech separation," *Proceedings of ICASSP-17*, pp. 5415-5419.

C172. Williamson D. and Wang D.L. (2017): "Speech dereverberation and denoising using complex ratio masks," *Proceedings of ICASSP-17*, pp. 5590-5594.

C173. Zhao Y., Wang Z.-Q., and Wang D.L. (2017): "A two-stage algorithm for noisy and reverberant speech enhancement," *Proceedings of ICASSP-17*, pp. 5580-5584.

C174. Wang Z.-Q. and Wang D.L. (2017): "Recurrent deep stacking networks for supervised speech separation," *Proceedings of ICASSP-17*, pp. 71-75.

C175. Wang Z.-Q. and Wang D.L. (2017): "Unsupervised speaker adaptation of batch normalized acoustic models for robust ASR," *Proceedings of ICASSP-17*, pp. 4890-4894.

C176. Zhang X., Wang Z.-Q., and Wang D.L. (2017): "A speech enhancement algorithm by iterating single- and multi-microphone processing and its application to robust ASR," *Proceedings of ICASSP-17*, pp. 276-280.

C177. Zhang X. and Wang D.L. (2017): "Binaural reverberant speech separation based on deep neural networks," *Proceedings of INTERSPEECH-17*, pp. 2018-2022.

C178. Delfarah M. and Wang D.L. (2018): "Recurrent neural networks for cochannel speech separation in reverberant environments," *Proceedings of ICASSP-18*, pp. 5404-5408.

C179. Liu Y. and Wang D.L. (2018): "A CASA approach to deep learning based speaker-independent co-channel speech separation," *Proceedings of ICASSP-18*, pp. 5399-5403.

C180. Liu Y. and Wang D.L. (2018): "Permutation invariant training for speaker-independent multi-pitch tracking," *Proceedings of ICASSP-18*, pp. 5594-5598.

C181. Pandey A. and Wang D.L. (2018): "On adversarial training and loss functions for speech enhancement," *Proceedings of ICASSP-18*, pp. 5414-5418.

C182. Tan K., Chen J., and Wang D.L. (2018): "Gated residual networks with dilated convolutions for supervised speech separation," *Proceedings of ICASSP-18*, pp. 21-25.

C183. Wang P. and Wang D.L. (2018): "Utterance-wise recurrent dropout and iterative speaker adaptation for robust monaural speech recognition," *Proceedings of ICASSP-18*, pp. 4814-4818.

C184. Wang P. and Wang D.L. (2018): "Filter-and-convolve: a CNN based multichannel complex concatenation acoustic model," *Proceedings of ICASSP-18*, pp. 5564-5568.

C185. Wang Z.-Q. and Wang D.L. (2018): "Mask weighted STFT ratios for relative transfer function estimation and its application to robust ASR," *Proceedings of ICASSP-18*, pp. 5619-5623.

C186. Wang Z.-Q. and Wang D.L. (2018): "On spatial features for supervised speech separation and its application to beamforming and robust ASR," *Proceedings of ICASSP-18*, pp. 5709-5713.

C187. Zhao Y., Wang D.L., Xu B., and Zhang T. (2018): "Late reverberation suppression using recurrent neural networks with long short-term memory," *Proceedings of ICASSP-18*, pp. 5434-5438.

C188. Zhang H. and Wang D.L. (2018): "Deep learning for acoustic echo cancellation in noisy and double-talk scenarios," *Proceedings of INTERSPEECH-18*, pp. 3239-3243.

C189. Wang Z.-Q., Le Roux J., Wang D.L., Hershey, J.R. (2018): "End-to-end speech separation with unfolded iterative phase reconstruction," *Proceedings of INTERSPEECH-18*, pp. 2708-2712.

C190. Wang Z.-Q., Zhang X., and Wang D.L. (2018): "Robust TDOA estimation based on time-frequency masking and deep neural networks," *Proceedings of INTERSPEECH-18*, pp. 322-326.

Wang's CV, April 2020

C191. Wang Z.-Q. and Wang D.L. (2018): "All-neural multi-channel speech enhancement," *Proceedings of INTERSPEECH-18*, pp. 3234-3238.

C192. Wang Z.-Q. and Wang D.L. (2018): "Integrating spectral and spatial features for multi-channel speaker separation," *Proceedings of INTERSPEECH-18*, pp. 2718-2722.

C193. Tan K. and Wang D.L. (2018): "A two-stage approach to noisy cochannel speech separation with gated residual networks," *Proceedings of INTERSPEECH-18*, pp. 3484-3488.

C194. Tan K. and Wang D.L. (2018): "A convolutional recurrent neural network for real-time speech enhancement," *Proceedings of INTERSPEECH-18*, pp. 3229-3233.

C195. Pandey A. and Wang D.L. (2018): "A new framework for supervised speech enhancement in the time domain," *Proceedings of INTERSPEECH-18*, pp. 1136-1140.

C196. Chakrabarty S., Wang D.L., Habets E.A.P. (2018): "Time-frequency masking based online speech enhancement with multi-channel data using convolutional neural networks," *Proceedings of IWAENC-18*, pp. 476-480.

C197. Zhang H. and Wang D.L. (2018): "Deep learning for acoustic echo cancellation in noisy and double-talk scenarios," *Proceedings of INTERSPEECH-18*, pp. 3239-3243.

C198. Wang Z.-Q., Le Roux J., Wang D.L., Hershey, J.R. (2018): "End-to-end speech separation with unfolded iterative phase reconstruction," *Proceedings of INTERSPEECH-18*, pp. 2708-2712.

C199. Wang Z.-Q., Zhang X., and Wang D.L. (2018): "Robust TDOA estimation based on time-frequency masking and deep neural networks," *Proceedings of INTERSPEECH-18*, pp. 322-326.

C200. Wang Z.-Q. and Wang D.L. (2018): "All-neural multi-channel speech enhancement," *Proceedings of INTERSPEECH-18*, pp. 3234-3238.

C201. Wang Z.-Q. and Wang D.L. (2018): "Integrating spectral and spatial features for multi-channel speaker separation," *Proceedings of INTERSPEECH-18*, pp. 2718-2722.

C202. Tan K. and Wang D.L. (2018): "A two-stage approach to noisy cochannel speech separation with gated residual networks," *Proceedings of INTERSPEECH-18*, pp. 3484-3488.

C203. Tan K. and Wang D.L. (2018): "A convolutional recurrent neural network for real-time speech enhancement," *Proceedings of INTERSPEECH-18*, pp. 3229-3233.

C204. Pandey A. and Wang D.L. (2018): "A new framework for supervised speech enhancement in the time domain," *Proceedings of INTERSPEECH-18*, pp. 1136-1140.

Wang's CV, April 2020

C205. Pandey A. and Wang D.L. (2018): "A new framework for supervised speech enhancement in the time domain," *Proceedings of INTERSPEECH-18*, pp. 1136-1140.

C206. Pandey A. and Wang D.L. (2019): "Exploring deep complex networks for complex spectrogram enhancement," *Proceedings of ICASSP-19*, pp. 6885-6889.

C207. Pandey A. and Wang D.L. (2019): "TCNN: Temporal convolutional neural network for real-time speech enhancement in the time domain," *Proceedings of ICASSP-19*, pp. 6875-6879.

C208. Tan K. and Wang D.L. (2019): "Complex spectral mapping with a convolutional recurrent network for monaural speech enhancement," *Proceedings of ICASSP-19*, pp. 6865-6869.

C209. Tan K., Zhang X., and Wang D.L. (2019): "Real-time speech enhancement using an efficient convolutional recurrent network for dual-microphone mobile phones in close-talk scenarios," *Proceedings of ICASSP-19*, pp. 5751-5755.

C210. Xie J., Jin D., Zhang W, Zhang X.-L., Chen J., and Wang D.L. (2019): "Robust sparse multichannel active noise control," *Proceedings of ICASSP-19*, pp. 521-525.

C211. Wang Z.-Q., Tan K., and Wang D.L. (2019): "Deep learning based phase reconstruction for speaker separation: A trigonometric perspective," *Proceedings of ICASSP-19*, pp. 71-75.

C212. Zhang H., Tan K., and Wang D.L. (2019): "Deep learning for joint acoustic echo and noise cancellation with nonlinear distortions," *Proceedings of INTERSPEECH-19*, pp. 4255-4259.

C213. Taherian H., Wang Z.-Q., and Wang D.L. (2019): "Deep learning based multi-channel speaker recognition in noisy and reverberant environments," *Proceedings of INTERSPEECH-19*, pp. 4070-4074.

C214. Wang P. and Wang D.L. (2019): "Enhanced spectral features for distortion-independent acoustic modeling," *Proceedings of INTERSPEECH-19*, pp. 476-480.

C215. Wang P., Tan K., and Wang D.L. (2019): "Bridging the gap between monaural speech enhancement and recognition with distortion-independent acoustic modeling," *Proceedings of INTERSPEECH-19*, pp. 471-475.

**Abstracts**

Invited:

AI1. Brown G.J. and Wang D.L. (1999): "An oscillatory correlation framework for the separation of speech from interfering sounds," *Journal of the Acoustical Society of America*, vol. 105, p. 1307. (Invited presentation at the Joint Meeting of the Acoustical Society of America and the European Acoustical Association, Berlin, Germany, March 1999.)

AI2. Wang D.L. and Hu G. (2003): "Monaural speech segregation," *Journal of the Acoustical Society of America*, vol. 113, p. 2229. (Invited presentation at the Meeting of the Acoustical Society of America, Nashville TN, April 2003.)

AI3. Wang D.L. (2006): "Cocktail party processing," In: *Advances in Artificial Intelligence – IBERAMIA-SBIA 2006* (Springer Lecture Series in Computer Science), p. 6. (Invited presentation at the International Joint Conference of IBERAMIA/SBIA/SBRN, Ribeirao Preto, Brazil, October 2006.)

AI4. Li Y. and Wang D.L. (2007): "Separation of singing voice from music accompaniment from monaural recordings," *Journal of the Acoustical Society of America*, vol. 122, p. 2989. (Invited presentation at the Meeting of the Acoustical Society of America, New Orleans LA, Nov. 2007.)

AI5. Jin Z. and Wang D.L. (2008): "Monaural segregation of reverberant speech," *Journal of the Acoustical Society of America*, vol. 123, p. 2979. (Invited presentation at the Meeting of the Acoustical Society of America, Paris France, June 2008.)

AI6. Wang D.L. (2008): "Computational auditory scene analysis and its potential application for hearing aids," *Proceedings of International Hearing Aid Research Conference* (IHCON) (Invited presentation at IHCON-08, Lake Tahoe CA, Aug. 2008.)

AI7. Wang D.L. (2015): "From auditory masking to supervised separation: A tale of improving intelligibility of noisy speech for hearing-impaired listeners," *Proceedings of Conference on Implantable Auditory Prosthesis* (CIAP) (Invited presentation at CIAP-15, Lake Tahoe CA, July 2015.)

Refereed:

AR1. Cesmeli E., Lindsey D.T., and Wang D.L. (1999): "Integration of static luminance and motion cues: a step towards solving the blank wall problem," *Proceedings of the Association for Research in Vision and Ophthalmology (ARVO) Annual Meeting*.

AR2. Wang D.L. (1999): "Object-based selection by a neural oscillator network*," Proceedings of the Third International Conference on Cognitive and Neural Systems*.

AR3. Kristjansson A., Wang D.L., and Nakayama K. (1999): "Perceptual organization in visual search," *Proceedings of the Object Perception and Memory* (OPAM) Annual Workshop.

39

Wang's CV, April 2020

AR4. Nakayama K., Wang D.L., and Kristjansson A. (2000): "Efficient visual search not explained by local feature mechanisms or top down guidance," *Proceedings of the Association for Research in Vision and Ophthalmology (ARVO) Annual Meeting*.

AR5. Brungart D., Simpson B.D., Chang P., and Wang D.L. (2005): "A binary masking technique for isolating energetic masking in speech perception," *Journal of the Acoustical Society of America*, vol. 117, p. 2484.

AR6. Wang D.L., Kjems U., Pedersen M.S., Boldt J.B., Lunner T. (2008): "Speech perception in noise with binary gains," *Journal of the Acoustical Society of America*, vol. 123, p. 3066.

AR7. Wang D.L., Kjems U., Pedersen M.S., Boldt J.B., Lunner T. (2008): "Speech intelligibility improvements in noise with ideal binary time-frequency masking," *Proceedings of IHCON-08*.

AR8. Divenyi P., Livingston N., Lammert A., Hu K., and Wang D.L. (2010): "Age effects in the understanding of noisy speech denoised by estimated ideal binary masks," *Journal of the Acoustical Society of America*, vol. 127, p. 1902.

AR9. Yuan J., Wang D.L., Liu J., Yan L., and Li R. (2011): "Texture region extraction from multispectral and hyperspectral images by classifying local spectral histograms," *Proceedings of ASPRS-11*.

AR10. Healy E.W., Yoho S.E., Wang Y., Apoux F.C., Youngdahl C.L., and Wang D.L. (2014): "An algorithm to improve speech recognition in noise for hearing-impaired listeners: Consonant identification and articulatory feature transmission," *Journal of the Acoustical Society of America*, vol. 135, p. 2412.

AR11. Healy E.W., Yoho S.E., Wang Y., and Wang D.L. (2014): "A classification algorithm to improve speech recognition in noise for hearing-impaired listeners," *Proceedings of International Hearing Aid Research Conference* (IHCON).

AR12. Healy E.W., Yoho S.E., Chen J., Wang Y., and Wang D.L. (2015): "An algorithm that generalizes to novel noise segments to improve speech intelligibility for hearing-impaired listeners," *Journal of the Acoustical Society of America*, vol. 137, p. 2208.

AR13. Chen J., Wang Y., Yoho S.E., Wang D.L., and Healy E.W. (2016): "An algorithm to increase speech intelligibility for hearing-impaired listeners in entirely novel noises," *Journal of the Acoustical Society of America*, vol. 139, p. 1995.

AR14. Healy E.W., Delfarah M., Vasko J., Carter B., and Wang D.L. (2017): "Can a trained deep neural network be implemented into hearing technology?" *Journal of the Acoustical Society of America*, vol. 141, p. 3813.

Wang's CV, April 2020

AR15. Healy E.W., Delfarah M., Vasko J., Carter B., and Wang D.L. (2017): "An algorithm to increase intelligibility for hearing-impaired listeners in the presence of a competing talk," *Journal of the Acoustical Society of America*, vol. 141, p. 3819.

AR16. Vasko J., Healy E.W., and Wang D.L. (2018): "The optimal noise-rejection threshold for normal and impaired hearing" *Journal of the Acoustical Society of America*, vol. 143, p. 1940.

AR17. Zhao Y., Wang D.L., Johnson E.M., and Healy E.W. (2018): "A deep learning based segregation algorithm to improve speech intelligibility of hearing-impaired listeners in reverberant-noisy conditions," *Proceedings of the International Hearing Aid Research Conference (IHCON)*.

AR18. Healy E.W., Delfarah M., Johnson E.M., and Wang D.L. (2019): "A deep learning algorithm to increase intelligibility for hearing-impaired listeners in the presence of a competing talker and reverberation," *Journal of the Acoustical Society of America*, vol. 145, pp. 1378.

AR19. Zhao Y., Wang D.L., Johnson E.M, and Healy E.W. (2019): "A deep learning based segregation algorithm to increase speech intelligibility for hearing-impaired listeners in reverberant-noisy conditions," *Journal of the Acoustical Society of America*, vol. 145, p. 1874.

41