UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARRETT JENKINS, EMMOT STEELE, FRANCES ROYAL, DANAI EWAN, and CHARMAINE WHYTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>NATIONAL GRID USA SERVICE COMPANY, INC., KEYSPAN GAS EAST CORPORATION, NIAGARA MOHAWK POWER CORPORATION, and THE BROOKLYN UNION GAS COMPANY,<br><br>Defendants. | INDEX NO.  15-cv-1219<br><br>Hon. Joanna Seybert, U.S.D.J.<br>Hon. Arlene R. Lindsay, U.S.M.J. |

**PLAINTIFFS' NOTICE OF MOTION TO PARTIALLY STRIKE
OPINIONS PROFFERED BY KEN SPONSLER AND JOHN TAYLOR**

PLEASE TAKE NOTICE that Plaintiffs Jarrett Jenkins, Emmot Steele, Frances Royal, Danai Ewan, and Charmaine Whyte, by and through their counsel, and upon the accompanying Memorandum of Law, Declaration of John T. Nicolaou, and such other further evidence as may be presented at the time of any hearing, on a date and at a time designated by the Court, at the United States Courthouse for the Eastern District of New York (Islip), will move this Court for an order partially striking opinions proffered by Ken Sponsler and John Taylor as well as any arguments by Defendants relying on those opinions.

Dated:  July 24, 2020              Respectfully submitted,

                                                          By:     /s/ Joseph S. Tusa
                                                                    Joseph S. Tusa

1

TUSA P.C.
Email: joseph.tusapc@gmail.com

P.O. Box 566
55000 Main Road, 2nd Floor
Southold, NY 11971
Telephone: (631) 407-5100

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
Email: jselbin@lchb.com
Douglas I. Cuthbertson
Email: dcuthbertson@lchb.com
John T. Nicolaou
Email: jnicolaou@lchb.com
Avery S. Halfon
Email: ahalfon@lchb.com

250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (*pro hac vice*)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

***Attorneys for Plaintiffs and the Proposed Classes***