Anthony J. Marchetta
Richard H. Brown
Paul R. Marino
**DAY PITNEY LLP**
605 Third Avenue, 31st Floor
New York, NY  10158
Telephone:  (212) 297-5800
Facsimile:  (212) 916-2940
amarchetta@daypitney.com
rbrown@daypitney.com
pmarino@daypitney.com
*Attorneys for All Defendants*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JARRETT JENKINS, EMMOT STEELE, FRANCES ROYAL, DANAI EWAN, and CHARMAINE WHYTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>NATIONAL GRID USA SERVICE COMPANY, INC., KEYSPAN GAS EAST CORPORATION, NIAGARA MOHAWK POWER CORPORATION, AND THE BROOKLYN UNION GAS COMPANY,<br><br>Defendants. | : : : : : : : : : : : : : : : : : | Civil Action No. 15-cv-1219 (JS)(ARL)<br><br>**DEFENDANTS' NOTICE OF MOTION TO EXCLUDE OPINION 5 OF EXPERT REBUTTAL REPORT OF ANYA VERKHOVSKAYA AND OPINIONS 2 AND 3 OF  EXPERT REPORT OF DR. DELIANG WANG** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude Opinion 5 of Expert Rebuttal Report of Anya Verkhovskaya and Opinions 2 and 3 of Expert Report of DeLiang Wang ("Motion to Exclude"), and the supporting Declaration of Kevin J. Duffy, dated October 27, 2020, Defendants National Grid USA Service Company, Inc., KeySpan Gas East Corporation, Niagara Mohawk Corporation, and the Brooklyn Union Gas Company ("Defendants") will move before the Honorable Joanna Seybert, U.S.D.J. of the United States District Court for the Eastern District of

New York, at the Alfonse M. D'Amato Federal Building, 100 Federal Plaza, Central Islip, NY 11722, on a date and time to be scheduled by this Court, for an Order excluding Opinion 5 of the Expert Rebuttal Report of Anya Verkhovskaya, and Opinions 2 and 3 of the Expert Report of DeLiang Wang, as more specifically set forth in the accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument if timely opposition to this Motion is filed.

Dated:    October 27, 2020

Respectfully submitted,

**DAY PITNEY LLP**
605 Third Avenue, 31st Floor
New York, NY  10158

By:   __/s/ Richard H. Brown____
        Richard H. Brown
        *Attorneys for All Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true copy of Defendants' Memorandum of Law in Support of Motion to Strike Opinion 5 of Plaintiffs' Expert Anya Verkhovskaya and the supporting Declaration of Kevin J. Duffy, dated October 27, 2020, were electronically filed with the Clerk of the Court and served electronically in accordance with the Federal Rules of Civil Procedure, the Eastern District of New York's Local Rules, and the Eastern District of New York's Rules on Electronic Service upon counsel of record.

> */s/ Kevin J. Duffy*
> KEVIN J. DUFFY

DATED:  October 27, 2020