**Lea Kathleen Sivilich**
3575 SW 51st Terrace
Ocala, FL 34474
908-770-6166

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 23 2022 ★
LONG ISLAND OFFICE

February 17, 2022

Clerk of the Court
USDC for the Eastern District of New York
100 Federal Plaza
Central Islip, NY, 11722

Re: *Jenkins v. National Grid USA Service Company, Inc.*, No. 2:15-cv-01219-JS-ARL (E.D.N.Y.)

Dear Sirs,

I object to the aforementioned Settlement Class for the following reasons:

1. I received a 6" x 4 1/4" bifolded postcard stating in a size 9 font that is difficult to read:

   *"By submitting this Claim Form, I certify under penalty of law that between March 9, 2011 and October 29, 2021, I received a call on a cellular telephone from National Grid or one of its debt collectors using a prerecorded or artificial voice message about monies allegedly owed on a National Grid utility account or for any of the other reasons summarized in the "Who's Included" section of the attached notice and described in full at wwwnationalgridtcpasettlementcom."*

   *"If you do nothing, you will not receive a payment and if the Settlement is approved by the court you will be prevented from bringing your own claims about National Grid's collections and consumer advocacy calling to cell phones."*

   During the time period specified on the post card I lived first in Syracuse, NY from 2011 - 2014 and then moved to Middleboro, MA from 2014 - 2018. My cell phone number has not changed and is 908-770-6166. So I am expected to "*certify under penalty of law*" that I remember a spam cell phone call that took place from 4 to 11 years ago? REALLY!! This is absurd and as such the case should be dismissed as being just plain stupid! In my opinion this is just a money making scheme for the attorneys.

2. I did not authorize the use of my name or information to be included in this case. But as stated on the postcard, if I do not respond, it is MY responsibility to either join an action for which I have no recollection of taking place or to opt out, otherwise I forego my right to independently bring suit against National Grid. This right to petition is one of the freedoms protected by the First Amendment of the Constitution. The method of notifying potential class members with a small postcard usurps that right. Had I not seen or received this postcard (lost in mail, etc.) I would automatically lose my right to sue. The method of notification for all class actions should require proof of receipt by all prospective members.

My objections only apply to me. They are not part of any other action or subset. I am not represented by council in this objection. I have no plans to attend the hearing, but I ask the court to take my objections into serious consideration when making a decision.

On April 12, 2021 I objected to Blue Cross Blue Shield Antitrust Litigation MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2022.

Respectfully submitted

*Lea Kathleen Sivilich*

Lea Kathleen Sivilich

Cc

Richard H. Brown, Day Pitney LLP

Joseph S. Tusa, Tusa P.C.
Douglas I. Cuthbertson, Lieff Cabraser Heimann & Bernstein LLP

Lea K. Sivilich
3575 SW 51st Terrace
Ocala, FL 34474

JACKSONVILLE FL 320

17 FEB 2022  PM 1  L



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  FEB 23 2022  ★

LONG ISLAND OFFICE

Clerk of the Court
USDC for the Eastern District of New York
100 Federal Plaza
Central Islip, NY, 11722



11722-443800