February 18, 2022

Clerk of the Court
USDC for Eastern District
of New York
100 Federal Plaza
Central Islip, NY 11722

Re: National Grid Settlement

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 23 2022 ★
LONG ISLAND OFFICE

I urge you to throw out the class action settlement claim against National Grid. I am a customer of National Grid who pays the full residential rate. Why should those of us who pay our bills have to give money to those who don't. National Grid and its full paying customers are already giving lower income people a 30% discount.

National Grid and their bill collectors should be able to contact people who haven't paid their bills in any manner so long as they are not abusive. Cell phone are a legitimate way of doing so, whether permission was granted or not.

Respectfully,

Thomas M. Wilson

Mr. Thomas M. Wilson
179 Bradstreet Ave
Revere, MA 02151

Mr. Thomas M. Wilson
179 Bradstreet Ave
Revere, MA 02151-4111



Case 2:15-cv-01219-JS-ARL   Document 739   Filed 02/23/22   Page 2 of 2 PageID #: 51594

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 23 2022 ★
LONG ISLAND OFFICE

Clerk of the Court
USDC Eastern District of NY
100 Federal Plaza
Central Islip NY 11722

1172234438 C003