William Anklowitz
21 Windsor Pond Road
West Windsor, NJ 08550

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 03 2022 ★
LONG ISLAND OFFICE

February 28, 2022

Clerk of the Court
USDC for the Eastern District of New York
100 Federal Plaza
Central Islip, NY, 11722

Re: Estate of Herman Farber, deceased
Jenkins v. National Grid USA Service Company, Inc., No. 2:15-cv-01219-JS-ARL (E.D.N.Y.);

To whom it may concern:

Enclosed is a copy of a settlement claim form received today indicating that assets of the Estate of Herman Farber, deceased, may be included in the class action proposed settlement. Also enclosed is a copy of letters testamentary as my authority for the Estate.

As Herman Farber has passed away on October 30, 2021, the part of the claim requiring the signer to say that a call was received and the particular number is no longer possible. If the claim is accepted, then I withdraw the objection. If the claim cannot be made under the present terms due to Herman Farber's passing, then I object because the terms are unfair and prejudicial.

No prior objections have been made. I will rely on my papers and do not request to participate at the hearing.

Please update your records to direct further mail to me at the above address. My cell phone number is 609-577-4390. My email is despatchtogo@gmail.com. Thank you.

Best regards,

William Anklowitz, Executor

enclosure

c:  Joseph S. Tusa, Tusa P.C., P.O. Box 566, 55000 Main Road, 2nd Floor, Southold, NY 11971
    Douglas I. Cuthbertson, Lieff Cabraser Heimann & Bernstein LLP, 250 Hudson Street, 8th Floor, New York, NY 10013-1413
    Richard H. Brown, Day Pitney LLP, One Jefferson Road, Parsippany, NJ 07054

1

National Grid TCPA
Settlement Administrator
PO Box 8207
Philadelphia, PA 19101

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
MAG

A federal court authorized this notice. You are not being sued.

You are receiving this notice because you are or were a National Grid utility customer.

You may be entitled to money from a class action settlement.

*Si desea recibir esta notificación en español, visite nuestra página web o llámenos.*

A Settlement has been reached in a class action lawsuit claiming that National Grid and its debt collectors made calls to cellular telephones involving the use of prerecorded or artificial voice messages. National Grid denies any liability or wrongdoing, and the Court has not decided who is right, but the parties reached a Settlement of these claims.

Website:
www.nationalgridtcpasettlement.com

Toll Free Number:
(855) 784-1955

Electronic Service Requested



NGD00000023642953

Postal Service: Please Do Not Mark Barcode

Notice ID: NGD00000023642953
Confirmation Code: 13117

T484 P10

HERMAN FARBER
21 WINDSOR POND RD
PRINCETON JUNCTION, NJ 08550-3264

455414

---

# SETTLEMENT CLAIM FORM

THIS CLAIM FORM MUST BE POSTMARKED BY May 12, 2022.
You may also submit your claim online at www.nationalgridtcpasettlement.com
Instructions: Fill out each section of this form.

NGD00000023642953

Notice ID: NGD00000023642953
Confirmation Code: 13117
HERMAN FARBER
21 WINDSOR POND RD
PRINCETON JUNCTION, NJ 08550-3264

**Name/Address Changes:**
_____
_____
_____

Cellular Telephone Number(s): Phone #(s) where you received a call: (___) ___-_____ or (___) ___-_____

Current Telephone Number (this is optional and for contact purposes only): (___) ___-_____

Current Email (this is optional and for contact purposes only): _____

By submitting this Claim Form, I certify under penalty of law that between March 9, 2011 and October 29, 2021, I received a call on a cellular telephone from National Grid or one of its debt collectors using a prerecorded or artificial voice message about monies allegedly owed on a National Grid utility account or for any of the other reasons summarized in the "Who's Included" section of the attached notice and described in full at www.nationalgridtcpasettlement.com.

HOW WOULD YOU LIKE TO RECEIVE YOUR CASH PAYMENT?
Check a box below and provide the email or phone number associated with your account if you want to receive your payment via PayPal or Venmo. If you do not check a box below, you will receive a check in the mail.

☐ PayPal (If checked) PayPal e-mail address: _____
☐ Venmo (If checked) Venmo phone number: _____
☐ Check

X_____  _____
Signature                                Date

Para ver este aviso en español, visite www.nationalgridtcpasettlement.com; For more information, visit www.nationalgridtcpasettlement.com

# Surrogate's Court of the County of Erie

On the Date Written Below LETTERS TESTAMENTARY were granted by the Surrogate's Court of Erie County, New York as follows:

File #: 2021-5012

Name of Decedent: Herman Farber

Date of Death: October 30, 2021

Domicile of Decedent: Erie County

Fiduciary Appointed:
William Anklowitz 21 Windsor Pond Road West Windsor NJ 08550

Letters Issued: LETTERS TESTAMENTARY

Limitations: None

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

THESE LETTERS ARE VALID AND SUFFICIENT WITH THE PRINTED SEAL OF THE ERIE COUNTY SURROGATE'S COURT ON IT [SCPA 701(1)].

Dated: February 14, 2022

IN TESTIMONY WHEREOF, the seal of the Erie County Surrogate's Court has been affixed.

WITNESS, Hon Acea M. Mosey, Judge of the Erie County Surrogate's Court

Kathleen A. Downing, Esq., Chief Clerk

NOTICE: Attention is called to the provision of Sec. 11-1.6 of Estates, Powers and Trusts law and Sec. 719 of the Surrogate's Court Procedure Act, which makes it a misdemeanor and a cause for removal for a fiduciary to deposit or invest estate funds in his individual account or name. All funds must be deposited in the name of fiduciary and to the credit of the estate. Sec 708 and Sec 711 of the Surrogate's Court Procedure Act provide that if the address of the fiduciary changes they shall promptly notify the court of the new address and that failure to do so within thirty (30) days after such change may result in the suspension or revocation of letters.

William Anklowitz
21 Windsor Pond Rd
West Windsor NJ 08550

TRENTON NJ 085

1 MAR 2022 PM 4 L




FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 03 2022 ★

LONG ISLAND OFFICE

   Clerk of the Court
   USDC for the Eastern District of New York
   100 Federal Plaza
   Central Islip, NY, 11722



11722-443600