

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 19 2022 ★

BROOKLYN OFFICE

1645 Grandview Ave.
Utica, NY 13502-4841
April 14, 2022



RECEIVED
APR 19 2022
PRO SE OFFICE

U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Sir or Madam:

I write regarding Case # 15-cv-1219, Jenkins et al, vs. National Grid USA Service Company, Inc. et al.

In a notice received regarding the aforementioned class action lawsuit, one of the options listed was that one could object to the settlement by writing to the court.

I maintain that any phone calls referenced in that lawsuit may have been a nuisance, but nothing more; such phone calls would not negatively affect one's life in any way.

Therefore, I feel that any "benefit" gained by participating in such a frivolous lawsuit would in the long run be negated by an increased cost of services provided to customers by National Grid, if the company had to pay each of the individuals ostensibly "harmed" by the actions claimed in the lawsuit. Energy costs are high enough now. I feel participating in the lawsuit would most certainly result in increased cost to consumers.

For this reason I object to the settlement and the lawsuit itself.

Respectfully,
J.M. Amado
J.M. Amado

J.M. Amado
1645 Grandview Ave.
Utica, NY 13502-4841

SYRACUSE NY 130

15 APR 2022 PM 4 L

Case # 15-cv-1219
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299