UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 23 2022 ★
BROOKLYN OFFICE

Case No. 15-cv-01219-JS-ARL

JARRETT JENKINS, EMMOT STEELE, FRANCES ROYAL, DANAI EWAN, and CHARMAINE WHYTE, on behalf of themselves and all others similarly situated,

Plaintiffs,
-against-

NATIONAL GRID USA SERVICE COMPANY, INC., KEYSPAN GAS EAST CORPORATION, NIAGARA MOHAWK POWER CORPORATION, and THE BROOKLYN UNION GAS COMPANY,

Defendants.

## OBJECTION OF THE ESTATE OF GEORGE DLOTT

Now Comes Michael Dlott the personal representative of the Estate of George Dlott, who states his objections as follows.

Some of the documentation presented online as the long form notice in english and spanish at the www.nationalgridtcpasettlement.com website lists the end date for objections and exclusions as May 12th 2022, but the letter for claims that was received on May 12th 2022 and other parts of the website list May 22nd 2022 as the deadline for filing objections and exclusions.

    Both of the statements listing the date of May 22nd on the notice and on the website are solely in english. Any non english speakers would have little chance to realize that they could file a claim until May 22nd

    Notice was only received 10 days prior to what appears to be the date of the final chance for people to join the settlement or object or exclude themselves and this does not seem to be sufficient time, especially as people may be confused about the precise dates.

    The settlement does not properly compensate the class members and seems to exclude the estates of class members, who have been affected, but are deceased and cannot certify that they were called. Other evidence could be found given sufficient time to establish that his cellphone number of 857-615-2282 was

called and based upon knowledge and belief George Dlott did owe a debt to national grid and did complain that he was being harassed by robo calls on his cellphone.

Michael Dlott as Personal Representative for George Dlott
59 Garfield Street
Quincy MA 02169
781-389-3589
Mdlott2005@yahoo.com

BOSTON MA 020
19 MAY 2022 PM 2 L

United States District Court for the New York District
225 Cadman Plaza East
Brooklyn, NY 11201

USMS

LAW OFFICE OF MICHAEL DIOTT
59 Garfield Street
Quincy MA 02169